IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

BLAKE HIGGINS, )
)
        Plaintiff, )
)
v. ) Case No. 11-CV-090-JHP-TLW
)
STATE AUTO PROPERTY & )
CASUALTY INSURANCE COMPANY, )
)
        Defendant. )

## PLAINTIFF'S DEPOSITION DESIGNATION OF KAREN BUCHELE

Pursuant to this Court's Amended Scheduling Order, Fed. R. Civ. P. 32, and LCvR30.1(c), Plaintiff designates the following:

Page 4 lines 9 through 25.

Page 6 line 24 through Page 7 line 19.

Page 8 line 4 beginning with "and", through Page 9 line 15.

Page 10 lines 8 through 10.

Page 11 lines 6 through 8.

Page 11 lines 10 through 15.

Page 11 line 17 through Page 12 line 3.

Page 12 lines 5 through 19.

Page 12 line 21.

Page 12 line 25 through Page 13 line 1 end with 115.

Page 13 lines 7 through 14.

Page 13 line 19 through Page 14 line 23.

Page 14 line 25 through Page 15 line 6.

Page 15 line 8 through Page 16 line 3.

Page 19 line 4 beginning with "Did", through line 12.

Page 20 line 15 beginning with "When", through line 23.

Page 21 lines 2 through 16.

Page 21 lines 21 through 24.

Page 22 lines 8 through 9.

Page 22 line 11 through Page 23 line 13.

Page 23 lines 20 through 22.

Page 24 lines 15 through 18.

Page 25 lines 10 through 14.

Page 25 lines 16 through 24.

Page 26 lines 2 through 8.

Page 27 line 23 through Page 28 line 7.

Page 28 lines 9 through 16.

Page 28 line 18 through Page 29 line 1.

Page 29 line 24 through Page 30 line 3.

Page 30 line 10 beginning with "The", through line 14.

Page 31 lines 4 through 11.

Page 31 line 22 through Page 32 line 5.

Page 32 lines 21 through 23.

Page 32 line 25.

Page 33 lines 2 through 9.

Page 36 lines 18 through 20.

Page 36 line 22 through Page 37 line 18.

Page 39 lines 1 through 13.

Page 39 lines 18 through 19.

Page 40 line 6 beginning with "Before", through line 15.

Page 40 lines 17 through 18.

Page 41 lines 16 through 18.

Page 42 line 24 beginning with "That", through Page 43 line 4.

Page 43 lines 11 through 21.

Page 44 lines 4 through 18.

Page 45 line 19 through Page 46 line 4.

Page 48 lines 4 through 18.

Page 49 lines 2 through 14.

Page 49 line 23 through Page 50 line 1.

Page 50 line 3 through Page 52 line 15.

Page 52 lines 21 through 22.

Page 52 lines 24 through 25.

Page 53 lines 2 through 4.

Page 55 line 3 through Page 56 line 10.

Page 56 line 13 through Page 57 line 7.

Page 57 line 10 beginning with "Do", through Page 58 line 15.

Page 58 lines 18 through 21.

Page 59 lines 6 through 8.

Page 59 line 16 through Page 60 line 6.

Page 60 lines 8 through 14.

Page 60 lines 16 through 20.

Page 60 line 22.

Page 60 line 24 through Page 61 line 1.

Page 61 lines 4 though 5.

Page 61 line 8 through Page 62 line 8.

Page 62 line 11 through Page 63 line 9.

Page 63 line 11 through Page 64 line 3.

Page 64 lines 6 through 19.

Page 65 line 1 through Page 66 line 4.

Page 66 lines 7 through 9.

Page 67 lines 5 through 23.

Page 68 lines 1 through 11.

Page 68 line 15 through Page 70 line 3.

Page 70 lines 6 through 21.

Page 71 lines 24 through 25.

Page 72 lines 2 through 3.

Page 72 lines 16 through 21.

Page 73 line 25 beginning with "before", through Page 75 line 14.

Page 76 lines 7 through 25.

Page 77 lines 4 through 17.

Page 77 lines 20 through 21.

Page 77 line 23 through Page 78 line 10.

Page 78 lines 12 through 14.

Page 82 lines 7 through 9.

Page 82 lines 12 through 16.

Page 82 line 18.

Page 82 line 20 through Page 83 line 1.

Page 83 lines 12 through 19.

Page 85 lines 5 through 11.

Page 85 line 21 beginning with "Ms.", through Page 86 line 1.

Page 89 lines 4 through 12.

Page 90 lines 9 through 11.

Page 90 lines 13 through 15.

Page 90 lines 17 through 23.

Page 90 line 25.

Page 91 lines 2 through 4.

Page 92 lines 10 through 22.

Page 93 lines 2 through 10.

Page 93 line 13 through Page 94 line 13.

Page 96 lines 15 through 24.

Page 97 lines 1 through 17.

Page 99 lines 8 through 22.

Page 99 line 24 through Page 100 line 4.

Page 101 line 11 through 25.

Page 102 line 2.

Page 102 lines 15 through 23.

Page 103 line 22 through Page 104 line 15.

Page 106 line 16 through Page 107 line 18.

Page 108 lines 4 through 9.

Page 109 line 19.

Respectfully submitted,

TOON OSMOND, P.L.L.C.


 /s/ Rich Toon
Rich Toon, OBA #16069
richtoon@toonosmond.com
Cyrus N. Lawyer, OBA #22622
natelawyer@toonosmond.com
Brian J. Goree, OBA #13104
briangoree@toonosmond.com
1800 S. Baltimore Ave., Suite 1000
Tulsa, Oklahoma 74119
Telephone: 918.477.7884
Facsimile: 918.477.7893
www.toonosmond.com

*Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Tracy W. Robinett, Esq.
trobinett@robinettmurphy.com

Lawrence R. Murphy, Jr., Esq.
lmurphy@robinettmurphy.com

Pansy Moore-Shrier, Esq.
pmoore-shrier@robinettmurphy.com

Charles R. Swartz, Esq.
cswartz@robinettmurphy.com

Mariann Atkins
matkins@robinettmurphy.com


 /s/ Rich Toon