## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLAKE HIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-CV-090-JHP-TLW |
| | ) |
| STATE AUTO PROPERTY & | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY'S DEPOSITION DESIGNATIONS
(JUSTIN D. BENGTSON)

Defendant State Auto Property & Casualty Insurance Company ("STATE AUTO") submits the following designation of deposition testimony of Justin D. Bengtson. To the extent Justin D. Bengtson does not appear at trial or testify in person, STATE AUTO requests that the following deponent's testimony be read into the record.

6:11-15
8:5, 6, 15-20
9:16-19
10:9-12, 14, 16-24
11:15-17, 23-25
12:1-7, 9, 11-13, 15
14:7-9, 11, 13-18
15:2, 3, 5, 7-9
16:2-8, 20-22, 24, 25
17:1, 6-14, 24, 25
18:1, 2, 4-6, 8-16, 20-25
19:1, 2, 15, 16, 18, 20-25
20:1-12, 16-, 17, 19, 21-25
21:1-5
22:22, 23, 25
23:2, 3, 5, 7-14, 17-25
24:1-18, 20
25:9-15, 21-25
26:1-6, 22-25
27:1-7, 21-25

28:1-12
29:5-10, 12, 14, 15, 19, 20, 22
30:24, 25
31:1-8, 10, 12-17, 24, 25
32:1-16
33:4-19
34:9-21
36:7-10, 17-25
37:1-25
38:4-25
39:10-23
40:4-13, 15, 16, 18-25
41:3-9, 11, 12
42:10-25
43:10-14, 16, 18-25
44:1-3, 10, 11, 13, 14, 16-22, 24, 25
45:2, 3, 5, 7-19, 21, 22
48:3-11, 14-19
49:6-12
50:11, 12, 14, 16-22, 24
51:18-20, 22
52:2-9, 19-23
55:4-6, 8, 10-12, 14, 16, 17, 19, 21-23
56:7-13
57:7-13, 15, 17, 18
59:6-8, 10-12, 14-17
60:7-9
61:23, 24
62:12-15, 17
63:18, 19
65:3-18, 21-25
66:1-13, 18-20
67:15-23
68:4-8, 10
72:19-25
73:1, 2, 18-20, 22-24
77:23-25
78:1-4, 6
80:5, 6, 8, 10-14
86:6-11
88:4, 5, 7, 8, 10-17
89:2-4, 6, 7, 9-12, 15-25
90:1-10, 12, 14-25
91:22, 23, 25

92:22-25
93:1-6
96:12-25
97:1-4, 15-24
98:1, 3, 4, 6, 21-23, 25
108:19-25
109:1-4, 7-9, 11, 13-18, 20

                Respectfully submitted,

                **ROBINETT & MURPHY**

By:   */s/ Pansy Moore-Shrier*
       Lawrence R. Murphy, Jr., OBA No. 17681
       Pansy Moore-Shrier, OBA No. 20289
       Mariann M. Atkins, OBA No. 30475
       624 South Boston Avenue, Suite 900
       Tulsa, Oklahoma 74119
       (918) 592-3699
       (918) 592-0963 (*facsimile*)

       *Attorneys for Defendant State Auto Property &*
       *Casualty Insurance Company*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 17, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

  Richard S. Toon, Esq.
  Richtoon@toonosmond.com

  Cyrus N. Lawyer, Esq.
  Natelawyer@toonosmond.com

  Brian J. Goree, Esq.
  Briangoree@toonosmond.com

            */s/ Pansy Moore-Shrier*
            Pansy Moore-Shrier