**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BLAKE HIGGINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 11-CV-090-JHP-TLW** |
| | ) | |
| **STATE AUTO PROPERTY &** | ) | |
| **CASUALTY INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S COUNTER-DESIGNATIONS TO THE DEPOSITION OF DARREN ARNOLD

Plaintiff, pursuant to LCvR30.1, and Fed. R. Civ. P. 30, submits his counter-designations to the deposition of Darren Arnold.

Page 5 lines 12 through 22

Page 8 lines 12 through 23

Page 9 line 15 and line 19

Page 10 line 6 and lines 8 through 9

Page 12 lines 7 through 8, and line 11

Page 13 line 3, line 13 and line 20

Page 15 line 25 through page 16 line 1

Page 16 lines 3 through 8, line 12 and line 19

Page 17 line 23

Page 18 line 15

Page 19 line 8 through 25

Page 20 line 15

Page 21 lines 1 through 9 and lines 12 through 24

Page 22 lines 9 through 20

Page 25 lines 2 through 10, line 18 through page 26 line 25

Page 27 lines 15 through 16

Page 29 line 20

Page 30 line 11

Page 31 line 18

Page 32 lines 20 through 21

Page 33 line 5 and lines 11 through 14

Page 34 lines 2 through 8 and lines 12 through 14

Page 35 line 2, line 8, line 18, line 22, and line 25

Page 38 line 23

Page 39 line 3 and lines 10 through 18

Page 42 line 24

Page 43 line 2, line 7, line 13, line 15 through page 44 line 4

Page 44 line 7, and lines 11 through 22

Page 47 line 3, line 7, line 12, line 17, and line 24

Page 48 lines 7 through 8

Page 50 line 24 through page 51 line 11

Page 51 lines 13 through 15, lines 21 through 23, line 25 through page 52 line 8

Page 52 lines 10 through 19

Page 53 line 25 through page 54 line 12

Page 55 lines 3 through 18

Page 59 line 4

Respectfully submitted,

TOON OSMOND, P.L.L.C.

  **/s/ Rich Toon**
Rich Toon, OBA #16069
richtoon@toonosmond.com
Cyrus N. Lawyer, OBA #22622
natelawyer@toonosmond.com
Brian J. Goree, OBA #13104
briangoree@toonosmond.com
1800 S. Baltimore Ave., Suite 1000
Tulsa, Oklahoma 74119
Telephone: 918.477.7884
Facsimile: 918.477.7893
www.toonosmond.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 23, 2012</u>, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Tracy W. Robinett, Esq.
trobinett@robinettmurphy.com

Lawrence R. Murphy, Jr., Esq.
lmurphy@robinettmurphy.com

Pansy Moore-Shrier, Esq.
pmoore-shrier@robinettmurphy.com

Charles R. Swartz, Esq.
cswartz@robinettmurphy.com

Mariann Atkins
matkins@robinettmurphy.com

  **/s/ Rich Toon**