**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BLAKE HIGGINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 11-CV-090-JHP-TLW** |
| | ) |
| **STATE AUTO PROPERTY &** | ) |
| **CASUALTY INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S COUNTER-DESIGNATIONS TO THE DEPOSITION OF
SARA HIGGINS**

Plaintiff, pursuant to LCvR30.1, and Fed. R. Civ. P. 30, submits his counter-designations to the deposition of Sara Higgins.

Page 6 lines 10 through 12, line 22 through page 7 line 1

Page 7 lines 19 through 23

Page 9 lines 10 through 24

Page 11 line 7 through page 12 line 2

Page 13 line 16

Page 14 lines 4 through 23

Page 15 lines 18 through 21

Page 16 lines 2 through 10

Page 17 lines 3 through 12

Page 20 lines 5 through 7

Page 21 lines 17 through 21 and line 25

Page 22 lines 8 through 9

Page 27 line 22 through page 28 line 10

Page 29 lines 14 through 17 and lines 23 through 24

Page 30 lines 7 through 13 and lines 19 through 23

Page 31 line 17 through page 33 line 11

Page 33 line 16 through 25

Page 34 lines 7 through 19

Page 36 lines 9 through 12, line 23 through page 37 line 17

Page 39 line 25 through page 40 line 4

Page 42 line 9 through page 43 line 9

Page 43 line 24 through page 44 line 2

Page 44 line 20 through page 45 line 2

Page 45 line 17 through 21

Page 48 line 17 through page 49 line 16

Page 50 line 10 through 12 and lines 17 through 22

Page 51 line 22 through page 52 line 8

Page 52 line 25 through page 53 line 3

Page 53 line 22 through page 54 line 4

Page 58 line 23 through page 59 line 2

Page 62 lines 1 through 7

Page 63 lines 3 through 8 and lines 14 through 20

Page 64 lines 1 through 5, line 10 through page 65 line 23

Page 66 lines 4 through 20, line 23 through page 67 line 10

Page 70 lines 2 through 11 and lines 19 through 23

Page 71 lines 12 through 14, line 20 through page 72 line 7

Page 74 lines 21 through 24

Page 75 lines 1 through 7

Page 76 line 25 through Page 77 line 7

Page 78 line 8 through page 80 line 6

Page 81 lines 16 through 22

Page 82 lines 10 through 12

Page 84 lines 4 through 8 and line 21 through page 85 line 2

Page 85 lines 13 through 17

Page 87 lines 6 through 8

Page 89 lines 4 through 9

Page 90 line 14 through page 91 line 10

Page 92 lines 2 through 8 and line 17 through page 94 line 14

Page 94 lines 19 through 25

Page 95 line 2 through page 96 line 9

Page 99 lines 17 through 22

Page 100 line 15 through page 101 line 7

Page 101 line 11 through page 102 line 22

Page 103 lines 2 through 21

Page 104 lines 3 through 16

Page 105 lines 7 through 24

Page 106 line 1 through page 107 line 17

Page 108 line 7 through 13

Page 109 lines 3 through 13, line 21 through page 110 line 6

Page 110 lines 13 through 18

Page 111 lines 9 through 12

Page 113 line 19 through page 114 line 7

Page 114 line 15 through page 116 line 18

Page 118 lines 6 through 9 and lines 13 through 18

Page 121 lines 2 through 8 and lines 14 through 25

Page 125 line 19

Page 127 lines 15 through 18

Page 132 lines 2 through 6

Page 134 lines 13 through 20

Page 138 lines 13 through 19 and line 24 through page 140 line 6

Page 142 lines 5 through 8 and lines 14 through 19

Page 147 lines 9 through 15

Page 156 line 9 through page 159 line 6

Page 159 lines 13 through 25

Page 165 lines 15 through 18

Page 166 lines 10 through 25

Page 171 line 18 through page 172 line 15

Page 173 lines 1 through 6

Page 175 lines 7 through 21

Page 176 lines 8 through 10

Page 178 lines 10 through 21

Page 181 lines 6 through 9

Page 182 lines 12 through 25

Page 183 line 22 through page 184 line 10

Page 184 lines 22 through 24

Page 186 line 3 through page 187 line 3

Page 194 lines 4 through 14

Page 203 lines 8 through 23

Page 207 lines 8 through 25

Page 208 line 21 through page 209 line 1

Page 214 lines 1 through 6

Page 216 lines 5 through 12

Page 217 lines 3 through 12

Respectfully submitted,

TOON OSMOND, P.L.L.C.

  **/s/ Rich Toon**
Rich Toon, OBA #16069
richtoon@toonosmond.com
Cyrus N. Lawyer, OBA #22622
natelawyer@toonosmond.com
Brian J. Goree, OBA #13104
briangoree@toonosmond.com
1800 S. Baltimore Ave., Suite 1000
Tulsa, Oklahoma 74119
Telephone: 918.477.7884
Facsimile: 918.477.7893
www.toonosmond.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Tracy W. Robinett, Esq.
trobinett@robinettmurphy.com

Lawrence R. Murphy, Jr., Esq.
lmurphy@robinettmurphy.com

Pansy Moore-Shrier, Esq.
pmoore-shrier@robinettmurphy.com

Charles R. Swartz, Esq.
cswartz@robinettmurphy.com

Mariann Atkins
matkins@robinettmurphy.com

**/s/ Rich Toon**