UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BLAKE HIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-CV-090-JHP-TLW |
| | ) | |
| STATE AUTO PROPERTY & | ) | |
| CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS
(BRIAN J. BLAUW)**

Defendant State Auto Property & Casualty Insurance Company ("STATE AUTO") submits its Objections to Plaintiff's Designations of the Deposition of Brian Blauw, pursuant to this Court's Order at the pretrial conference conducted on May 31, 2012. Counsel for STATE AUTO believes that they fulfilled their duty to meet and confer, in a good faith effort to resolve disputes pursuant to LCvR 30.1, but were unable to reach an agreement. STATE AUTO requests that this Court exclude the testimony based on the specific objections contained herein, but subject to this Court's rulings on the pending Motions in Limine.

| Testimony Designated by Plaintiff | Objections |
|---|---|
| 8:2-4, 6 | Calls for speculation; Opinion without personal knowledge; Ambiguous/vague; Foundation; Lack of knowledge |
| 10:19-21, 23-25, 11:1 | No question; Calls for narrative; Ambiguous/vague; Foundation; Relevance |
| 11:5-7, 8, 10 | Argumentative; Relevance; Foundation; Prejudicial |

| | |
|---|---|
| 13:23-25, 14:2-3 | Relevance; Foundation; Prejudicial |
| 16:17-21, 23 | Argumentative; Leading; Relevance; Foundation; Mischaracterizes prior testimony; Unintelligible |
| 16:25, 17:1-2, 4-7 | Relevance; Foundation; Calls for narrative; No question posed |
| 17:13-15, 17 | Leading; Argumentative; Relevance; Foundation; Assumes facts not in evidence; Prejudicial |
| 17:19-22, 24-25, 18:1-4 | Mischaracterizes prior testimony; Argumentative; Leading; Relevance; Foundation; Prejudicial |
| 18:18-20, 22 | Lack of recall/knowledge; Relevance; Foundation; Ambiguous/vague |
| 18:24-25, 19:1 | Lack of recall/knowledge; Relevance; Foundation; Ambiguous/vague |
| 22:16-17, 18 | Foundation; Relevance; Assumes facts not in evidence |
| 23:12-14, 17-19 | Calls for narrative; Vague/ambiguous; Foundation |
| 25:22-24, 26:2-6 | Relevance; Foundation; Vague/ambiguous |
| 26:15-16, 18-22 | Calls for legal conclusion; Foundation; Vague/ambiguous |
| 27:15-17, 19-23 | Foundation; Vague/ambiguous; Calls for narrative; Asked and answered |
| 28:9-12, 14-20 | Calls for speculation; Opinion without personal knowledge; Vague/ambiguous; Foundation |
| 28:22-23, 25, 29:1-3 | Leading; Argumentative; Assumes facts not in evidence; Foundation; Lack of knowledge/recall |
| 29:20-22, 24-25, 30:1-2 | Argumentative; Relevance; Foundation; Ambiguous/vague |
| 30:4-5, 6 | Argumentative; Relevance; Foundation; Lack of knowledge |
| 30:16-18, 20 | Mischaracterizes prior testimony; Argumentative; Leading; Prejudicial |
| 31:3-5, 7-10 | Calls for narrative; Leading; Foundation; Ambiguous/vague |
| 34:17-19, 21 | Relevance; Foundation; Ambiguous/vague |
| 35:6-9, 11-18 | Argumentative; Leading; Foundation; Relevance; Prejudicial |

| | |
|---|---|
| 35:20-22, 23-25, 36:1 | Foundation; Relevance; Ambiguous/vague; Prejudicial |
| 36:8-9, 11 | Argumentative; Leading; Calls for legal conclusion; Calls for speculation; Calls for opinion without personal knowledge |
| 37:1-4, 6-8 | Relevance; Foundation; Calls for speculation; Calls for pinion without personal knowledge; Ambiguous; Prejudicial |
| 37:22-24, 38:1 | Foundation; Relevance |
| 39:17, 19-20 | Foundation; Relevance |
| 43:10-12, 14 | Foundation; Relevance; Assumes facts not in evidence |
| 44:3-4 , 7-9 | Foundation; Relevance; Calls for speculation; Calls for opinion without personal knowledge; Lack of knowledge |
| 45:9, 11 | Leading; Argumentative; Relevance; Foundation; Assumes facts not in evidence |
| 50:19-22, 24 | Foundation; Relevance; Lack of knowledge; Vague/ambiguous |
| 51:7-9. 11-12 | Foundation; Relevance; Vague/ambiguous |
| 52:7-9, 11-17 | Calls for speculation; Relevance; Leading |
| 52:19-22, 24 | Argumentative; Leading; Relevance; Foundation |
| 53:4, 6 | Relevance; Calls for speculation; Calls for opinion without personal knowledge; Foundation |
| 53:8-9, 11-14 | Relevance; Foundation; Calls for speculation |
| 53:16-17, 18, 22-23 | Foundation; Vague/ambiguous; Calls for speculation |
| 53:25, 54:1-2, 5-6 | Mischaracterizes prior testimony; Relevance; Foundation; Lack of recall; Leading; Argumentative |
| 56:9-10, 12-13 | Assumes facts not in evidence; Argumentative; Leading; Foundation; Relevance |
| 56:15, 17-18 | Asked and answered; Foundation; Relevance |
| 57:4-6, 8 | Foundation; Relevance; Argumentative; Leading; Prejudicial |
| 57:24-25, 58:1, 3-7 | Foundation; Relevance; Vague/ambiguous |

| | |
|---|---|
| 58:9-10, 12 | Leading; Argumentative; Foundation; Asked and answered; Relevance |
| 58:14-16, 18 | Foundation; Relevance |
| 59:18-19, 22 | Calls for speculation; Opinion without personal knowledge; Lack of knowledge; Foundation; Relevance |
| 59:24-25, 60:2-5 | Argumentative; Leading; Relevance; Foundation; Assumes facts not in evidence |
| 60:12-13, 15-17 | Asked and answered; Lack of knowledge; Foundation; Relevance; Vague/ambiguous |
| 60:19-22, 24-25, 6:1 | Calls for speculation; Narrative; Asked and answered; Opinion without personal knowledge; Foundation; Relevance; Lack of knowledge |
| 61:3, 5 | Mischaracterizes prior testimony; Relevance; Foundation; Argumentative; Prejudicial |
| 61:12, 14 | Foundation; Relevance; Calls for speculation; Prejudicial |
| 61:19-21 | Foundation; Relevance; Assumes facts not in evidence; Arguemntative; No question posed |
| 62:1-4, 6 | Foundation; Relevance; Prejudicial |
| 64:24-25, 65:1-3, 5 | Argumentative; Vague/ambiguous; Asked and answered |
| 65:25, 66:2, 10-13 | Argumentative; Leading; Foundation; Relevance |
| 68:21-24, 25 | Foundation; Ambiguous/vague; Relevance |
| 69:10-13, 15-20 | No question posed; Calls for narrative; Relevance; Lack of recall/knowledge; Asked and answered |
| 69:25, 70:1-3, 5 | Foundation; Relevance; Calls for speculation; Vague/ambiguous |
| 72:8-10, 12 | Foundation; Relevance |
| 74:2-5, 7 | Leading; Argumentative; Foundation; Relevance; Assumes facts not in evidence |
| 74:9-10, 12 | Calls for speculation; Foundation; Relevance; Prejudicial |
| 75:3-5, 7-9 | Relevance; Foundation; Vague/ambiguous |
| 75:11-13, 15-22 | Lack of knowledge/ recall; Calls for speculation; Calls for opinion without personal knowledge; Vague; Foundation; Relevance; Prejudicial |

| | |
|---|---|
| 76:14-15, 17-21 | Relevance; Foundation; Vague/ambiguous; Lack of personal knowledge |
| 77:24, 78:1 | Relevance; Foundation |
| 78:5-8, 10 | Leading; Relevance; Foundation |
| 78:12-14, 16 | Relevance; Foundation; Prejudicial |
| 78:18-19, 20 | Argumentative; Leading; Relevance; Foundation |
| 80:6-7, 9-11 | Relevance; Foundation; Vague/ambiguous; Lack of knowledge/recall; Prejudicial |
| 80:19-20, 21 | Leading; Argumentative; Foundation; Relevance; Calls for speculation |
| 80:25, 81:1 | Leading; Argumentative; Relevance; Prejudicial |
| 81:13-14, 16 | Foundation; Relevance; Vague/ambiguous |
| 81:22, 24 | Foundation; Relevance |
| 82:6-8, 10 | Argumentative; Leading; Foundation; Relevance |
| 82:12, 14 | Calls for speculation; Calls for opinion without personal knowledge; Foundation; Relevance; Prejudicial |
| 82:16-17, 19-20 | Foundation; Relevance; Lack of knowledge/recall; Prejudicial |
| 82:22, 24 | Asked and answered; Relevance; Prejudicial |
| 83:4, 6-11 | Foundation; Relevance; Lack of knowledge/recall; Prejudicial |

Respectfully submitted,

**ROBINETT & MURPHY**

By: /s/ *Pansy Moore-Shrier*
Lawrence R. Murphy, Jr., OBA No. 17681
Pansy Moore-Shrier, OBA No. 20289
Mariann M. Atkins, OBA No. 30475
624 South Boston Avenue, Suite 900
Tulsa, Oklahoma 74119
(918) 592-3699
(918) 592-0963 (*facsimile*)

*Attorneys for Defendant State Auto Property & Casualty Insurance Company*

## Certificate of Service

    I hereby certify that on June 5, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Richard S. Toon, Esq.
*Richtoon@toonosmond.com*

Cyrus N. Lawyer, Esp.
*Natelawyer@toonosmond.com*

Brian J. Goree, Esq.
*Briangoree@toonosmond.com*

 

*/s/ Pansy Moore-Shrier*
Pansy Moore-Shrier