**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BLAKE HIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-CV-090-JHP-TLW |
| | ) |
| STATE AUTO PROPERTY & | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S PRETRIAL DISCLOSURES**

Plaintiff, pursuant to Fed. R. Civ. P. 26(a)(3), makes the following pretrial disclosures to

Defendant State Auto Property & Casualty Insurance Company ("State Auto").  Further, Plaintiff

respectfully reserves the right to object to the witnesses and evidence contained in this list.

**Plaintiff's pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(i)**

Plaintiff expects the following witnesses to be present:

| No. | Name and Address |
|---|---|
| 1 | Blake Higgins<br>9530 South 88th East Avenue<br>Tulsa, Oklahoma 74133<br>(918) 550-1225 |
| 2 | Sara Higgins<br>9530 South 88th East Avenue<br>Tulsa, Oklahoma 74133<br>(918) 550-1225 |
| 3 | Darren Arnold<br>7401 South 93rd East Avenue<br>Tulsa, Oklahoma 74133<br>(918) 639-8279 |
| 4 | Cliff Wright<br>2106 West "D" Court |

| | |
|---|---|
| | Jenks, Oklahoma 74037<br>(918) 808-6103 |
| 5 | Sam Beakey<br>8026 S. Fulton Avenue<br>Tulsa, Oklahoma 74136<br>(918) 587-4431 |
| 6 | Tom Sullivent<br>Sullivent Law Firm<br>4325 E. 51st St., Ste. 100<br>Tulsa, Oklahoma 74135<br>(918) 295-8300 |
| 7 | George Hopkins<br>5921 NW 52nd Street<br>Oklahoma City, Oklahoma 73122<br>(405) 787-2622<br>c/o Gerald Durbin, Esq.<br>920 North Harvey<br>Oklahoma City, Oklahoma 73102<br>(405) 235-9584 |
| 8 | Larry Parks<br>7907 S. 90th East Avenue<br>Tulsa, Oklahoma 74133<br>(918) 855-1299 |
| 9 | Lynne Lervig<br>c/o The Holmes Organisation<br>1350 S. Boulder Ave., Ste. 1000<br>Tulsa, Oklahoma 74119<br>(918) 359-6000 |
| 10 | Sue Barnes<br>c/o The Holmes Organisation<br>1350 S. Boulder Ave., Ste. 1000<br>Tulsa, Oklahoma 74119<br>(918) 359-6000 |
| 11 | Danny Edwards<br>14534 S. Florence Avenue<br>Bixby, Oklahoma 74008<br>(918) 359-6000 |
| 12 | Todd Towe |

| | |
|---|---|
| | c/o State Farm Insurance Company<br>12222 State Farm Blvd.<br>Tulsa, Oklahoma 74146<br>(918) 621-3000 |
| 13 | Donna Knight<br>7343 S. 68th East Avenue<br>Tulsa, Oklahoma 74133<br>(918) 250-3877 |
| 14 | James Rodgers, M.D.<br>Tulsa Neurospine<br>Kelly Building<br>6565 S. Yale Avenue<br>Suite 709<br>Tulsa, Oklahoma 74136<br>(918) 481-4965 |
| 15 | Debra Eddy<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 16 | George Gartelos<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 17 | Karen Buchele<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 18 | Nick Webb<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 19 | Justin Bengtson<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215 |

| | |
|---|---|
| | (614) 464-5000 |
| 20 | Brian Blauw<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 21 | K. Nistelbeck<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 22 | Megan Phillips<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 23 | Jerry Lewis<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 24 | Gary Morris<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 25 | Ricky McClenathan<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 26 | Aaron Goodwin<br>7827 S. Wheeling Avenue<br>Bldg 38, Unit L.<br>Tulsa, Oklahoma 74136<br>(918) 250-8437 |
| 27 | Aaron J. Zinck<br>8824 W. Delaware Avenue |

| | |
|---|---|
| | Tulsa, Oklahoma 74137<br>(918) 857-2700 |
| 28 | Ryan Dean<br>7827 S. Wheeling Avenue<br>Bldg 38, Unit L.<br>Tulsa, Oklahoma 74136<br>(918) 510-4547 |
| 29 | Officer Naresh Persaud<br>c/o Uniform Division Southwest<br>7515 Riverside Drive<br>Tulsa, Oklahoma 74136<br>(918) 596-1100 |
| 30 | Lisa Harris<br>c/o EMSA<br>1417 N. Lansing Avenue<br>Tulsa, Oklahoma 74106<br>(918) 596-3010 |
| 31 | Ronald Causby<br>c/o EMSA<br>1417 N. Lansing Avenue<br>Tulsa, Oklahoma 74106<br>(918) 596-3010 |
| 32 | Gerald Hale, D.O.<br>c/o Tulsa Integrated Pain Services<br>2448 E. 81st Street, Ste. 363<br>Tulsa, Oklahoma 74137<br>(918) 477-5950 |
| 33 | Richard Thomas, M.D.<br>c/o Tulsa Bone & Joint<br>4802 S. 109th E. Avenue<br>Tulsa, Oklahoma 74146<br>(918) 392-1400 |
| 34 | Rick Husky, D.C.<br>3820 East 51st Street<br>Tulsa, Oklahoma 74135<br>(918) 747-0939 |
| 35 | Joan Stevens<br>6565 South Yale Avenue, Ste. 312 |

|    | Tulsa, Oklahoma 74136<br>(918) 502-7050 |
|----|------------------------------------------|
| 36 | Chantel Wolfe, P.T., M.P.T.<br>c/o Physical Therapy of Tulsa<br>6767 South Yale, Suite B<br>Tulsa, Oklahoma 74136<br>(918) 494-9300 |
| 37 | Lorra Houghton, P.T.A.<br>c/o Physical Therapy of Tulsa<br>6767 South Yale, Suite B<br>Tulsa, Oklahoma 74136<br>(918) 494-9300 |
| 38 | Melissa Leach, P.T., M.P.T.<br>c/o Physical Therapy of Tulsa<br>6767 South Yale, Suite B<br>Tulsa, Oklahoma 74136<br>(918) 494-9300 |
| 39 | Ian Blake, P.T., M.P.T., O.C.S.<br>c/o Physical Therapy of Tulsa<br>6767 South Yale, Suite B<br>Tulsa, Oklahoma 74136<br>(918) 494-9300 |
| 40 | Michael Iten, P.T.A.<br>c/o Physical Therapy of Tulsa<br>6767 South Yale, Suite B<br>Tulsa, Oklahoma 74136<br>(918) 494-9300 |

Plaintiff may call the following witnesses if the need arises:

| No. | Name and Address |
|-----|------------------|
| 41  | Joe Perry<br>c/o Cooper Perry Plumbing<br>6330 West Edison Street<br>Tulsa, Oklahoma 74127<br>(918) 446-7557 |
| 42  | Dr. Randall Hendricks |

| | |
|---|---|
| | 6585 South Yale, Suite 200<br>Tulsa, Oklahoma 74136<br>(918) 481-2767 |
| 43 | Ray Johnson<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 44 | Deborah Berry<br>c/o State Auto<br>518 East Broad Street<br>Columbus, Ohio 43215<br>(614) 464-5000 |
| 45 | Mark A. Capehart, M.D.<br>c/o EOOC<br>Natalie Bldg<br>6475 S. Yale Ave., Ste. 301<br>Tulsa, Oklahoma 74136<br>(918) 494-9300 |
| 46 | Mort Welch<br>c/o Welch & Smith, P.C.<br>6440 Avondale Drive, Suite 206<br>Oklahoma City, Oklahoma 73116<br>(405) 286-0801 |
| 47 | Records Custodian of Warren Clinic<br>Adriana Dupus (Supna) |
| 48 | Records Custodian of Springer Clinic d/b/a Warren Clinic<br>Adriana Dupus (Supna) |
| 49 | Records Custodian of Smith Dermatology<br>Donna C. |
| 50 | Records Custodian of EMP of Tulsa County<br>Pam |
| 51 | Records Custodian of Radiology Consultants |
| 52 | Records Custodian of Saint Francis<br>Adriana Dupus (Supna) |

| 53 | Records Custodian of Saint Francis South<br>Adriana Dupus (Supna) |
|----|----|
| 54 | Records Custodian of EMSA<br>Cynde S. |
| 55 | Records Custodian of Eastern Oklahoma Orthopedic Center<br>Sherry H./Jesse M. |
| 56 | Records Custodian of Dr. Rick Huskey<br>Robin T. |
| 57 | Records Custodian of Tulsa Diagnostic Imaging<br>Bambi Fritz |
| 58 | Records Custodian of Tulsa Bone & Joint<br>Alicia |
| 59 | Records Custodian of Brett Dieterlen, D.D.S.<br>LeAnn B. |
| 60 | Records Custodian of Associated Anesthesiologists<br>Janelle Craw |
| 61 | Records Custodian of Orthofix<br>Alicia Lucas |
| 62 | Records Custodian of Tulsa Neurospine |
| 63 | Records Custodian of South Tulsa Physical Therapy<br>Lisa Johnson |
| 64 | Records Custodian of Physical Therapy of Tulsa<br>Debbie Kuss |
| 65 | Records Custodian of First Steps O&P<br>Suzanne |
| 66 | Records Custodian of Tulsa Medical Lab, L.L.C.<br>Tanya |
| 67 | Records Custodian of Dr. Joan Stevens |
| 68 | Records Custodian of Synaptic Resources<br>Yvonne Johnson |

| 69 | Records Custodian of Neurologic Services of Oklahoma |
|----|------------------------------------------------------|
| 70 | Records Custodian of Tulsa Integrated Pain<br>Beverly |
| 71 | Records Custodian of Walgreens<br>Kara Cyrus |
| 72 | Records Custodian of Dr. James Rodgers<br>Ally Carr |
| 73 | Representative of State Auto responding to the interrogatories served pursuant to the hearing with Magistrate Judge Wilson. |

### Plaintiff's pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(ii)

Plaintiff may present the following witnesses by audio and/or video deposition[1]:

Doc. No.    Description:

181         Plaintiff's Deposition Designation of Nicholas Webb
180         Plaintiff's Deposition Designation of Gary Morris
179         Plaintiff's Deposition Designation of FRCP 30(b)(6) Ricky McClenathan
178         Plaintiff's Deposition Designation of Jerry Lewis
177         Plaintiff's Deposition Designation of George Gartelos
176         Plaintiff's Deposition Designation of Debra Eddy
175         Plaintiff's Deposition Designation of Debra Eddy FRCP 30(b)(6)
174         Plaintiff's Deposition Designation of Mark Allen Capehart, M.D.
173         Plaintiff's Deposition Designation of Karen Buchele
172         Plaintiff's Deposition Designation of Brian J. Blauw
171         Plaintiff's Deposition Designation of Justin Bengtson

### Plaintiff's pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(iii)

---

[1] Plaintiff and Defendant have begun discussing which of Defendant's employees will be available during Plaintiff's case-in-chief.  Plaintiff is awaiting confirmation from Defendant.

Plaintiff may offer the following exhibits at the time of trial:

| Description |
| --- |
| 1. State Auto – Business Auto Insurance Policy, policy number: BAP 2141873 04 (SA0842-SA0957) |
| 2. State Auto – Claim File Comments (SA0001-SA0025) |

3. State Auto – Claim File Contents (SA0027-SA0812)

A. Official Oklahoma Traffic Collision Report# 2009062637 (09/27/2009) (SA0081-SA0089)

B. Letter from Todd Towe to Blake Higgins (11/03/2009) (SA0094-SA0095)

C. Letter from Todd Towe to Blake Higgins (11/03/2009) (SA0233-SA0234)

D. Loss Report Email from Centralized.Claims@StateAuto.com to Centralized Claims (11/11/2009 3:01PM) (SA0096-SA0098 & SA0303-SA0305)

E. Email from Lynne Lervig to Justin Bengtson (11/12/2009 11:11 AM) (SA0288-SA0289)

F. Letter from Justin Bengtson to Ryan Dean (11/12/2009) (SA0285)

G. Medical Release provided to State Auto (11/16/2009) (SA0077-SA0078)

H. Email from 470@stateauto.com to Justin Bengtson (11/19/2009 4:25PM) (SA0236-SA0238)

I. Email from Justin Bengtson to George Gartelos (11/23/2009 1:08PM) (SA0278)

J. Facsimile from Tom Sullivent to Justin Bengtson (11/23/2009) (SA0269)

K. Examined File Transmittal Form from Jerry Lewis to Corporate Claims Examiners, CC to George Gartelos, and Brian Blauw (11/24/2009 8:56AM) (SA0272-SA0273)

L. Examined File Transmittal Form from Peggy Dreshman to Gary Morris, CC to George Gartelos, Brian Blauw, Peggy Dreshman, and Jerry Lewis (11/24/2009 9:28AM) (SA0270-SA0271)

M. Examined File Transmittal Form from Jerry Lewis to Corporate Claims Examiners (11/24/2009 9:56AM) (SA0274-SA0275 & SA0075-SA0076)

N. Email from Debra Eddy to George Gartelos, CC to Debra Eddy (11/25/2009 10:02AM) (SA0291)

O. Email from George Gartelos to Justin Bengtson, CC to Jerry Lewis and Debra Eddy (11/25/2009 10:18AM) (SA0292)

P. Email from George Gartelos to Debra Eddy (11/25/2009 10:24AM) (SA0290)

Q. Email from Justin Bengtson to George Gartelos (11/25/2009 10:52AM) (SA0276)

R. Email from Lynne Lervig to George Gartelos (11/24/2009 11:41AM) (SA0279-SA0280)

S. Email from George Gartelos to Lynne Lervig (11/24/2009 12:37PM) (SA0279)

T. Email from George Gartelos to Tom Sullivent (12/01/2009 10:25AM) (SA0266)

U. Letter and Facsimile from George Gartelos to Tom Sullivent (12/01/2009) (SA0267-SA0268)

V. Facsimile from Tom Sullivent to George Gartelos (12/01/2009) (SA0263-SA0265)

W. Email from George Gartelos to Tom Sullivent (12/01/2009 3:54PM) (SA0262)

X. Email from Debra Eddy to George Gartelos, CC to Debra Eddy (12/02/2009 9:41AM)

(SA0260)

Y.   Email from Debra Eddy to George Gartelos (12/02/2009 9:46AM) (SA0261)

Z.   Correspondence from St. Francis Hospital to George Gartelos (12/04/2009) (SA0248-SA0251)

AA.   Initial Index Report (12/07/2009) (SA0258-SA0259)

BB.   Letter from Tom Sullivent to George Gartelos (12/07/2009) (SA0253 & SA0257)

CC.   Facsimile from WC SFS Family Medicine to State Auto (12/09/2009 10:32AM) (SA0254-SA256)

DD.   Letter from George Gartelos to Tom Sullivent (12/14/2009) (SA0252)

EE.   Letter from Tom Sullivent to George Gartelos with attachments (12/22/2009) (SA0240-SA244)

FF.   Facsimile from WC SFS Family Medicine to State Auto (12/23/2009 10:32AM) (SA0245-SA247)

GG.   Letter from George Gartelos to Blake Higgins (12/30/2009) (SA0063)

HH.   Notice of Medical Lien from Tulsa Diagnostic Imaging (01/12/2010) (SA0224-SA0228)

II.   Facsimile from Sullivent Law Firm to George Gartelos (01/22/2010) (SA0239)

JJ.   Correspondence from George Gartelos to Sullivent Law Firm for Settlement of Medical Payments (01/26/2010) (SA0062)

KK.   Facsimile from Tulsa Diagnostic Imaging to George Gartelos (01/27/2010) (SA0219-SA0221)

LL.   Letter from George Gartelos to Sullivent Law Firm (01/30/2010) (SA0060-SA0061)

MM.   Amended Physicians Lien from Huskey Chiropractic Clinic to State Auto (04/05/2010) (SA0214-SA0217 & SA0056-SA0059)

NN.   Letter from Nick Webb to Blake Higgins (05/24/2010) (SA0212-SA0213)

OO.   Letter from Sullivent Law Firm to Nick Webb (07/06/2010) (SA0210-SA0211)

PP.   Letter from Tom Sullivent to Nick Webb with enclosures (08/10/2010) (SA0208, SA0326-SA0812, SA0577-SA0581)

QQ.   Letter from Tom Sullivent to Nick Webb (08/13/2010) (SA207)

RR.   Letter from Tom Sullivent to Nick Webb (08/17/2010) (SA0205-SA0206)

SS.   Nick Webb Handwritten Notes (SA0320-SA0323)

TT.   Hospital Lien Statement from St. Francis Hospital to State Auto (09/22/2010) (SA0103-SA0104)

UU.   Memorandum from Debra Eddy to Gary Morris (09/24/2010) (SA0049-SA0051)

VV.   Email from Debra Eddy to Nick Webb (09/24/2010 12:36PM) (SA0048)

WW.   Email from Nick Webb to Debra Eddy (09/29/2010 11:11AM) (SA0045-SA0046)

XX.   Email from Debra Eddy to LargeLoss, CC to Debra Eddy and Nick Webb regarding Large Loss Report (09/29/2010 2:31PM) (SA0311-SA0312)

YY.   Email from Nick Webb to Debra Eddy (09/29/2010 3:35PM) (SA0311)

ZZ.   Email from Debra Eddy to Nick Webb (09/29/2010 2:51PM) (SA0311)

AAA.   Letter from Nick Webb to Tom Sullivent (09/29/2010) (SA0040 & SA0202)

BBB.   Letter from Tom Sullivent to Nick Webb (09/29/2010) (SA0038-SA0039 & SA0203-0204)

CCC.   Letter from Tom Sullivent to Nick Webb (09/30/2010) (SA0042-SA0043)

DDD.   Email from Tom Sullivent to Nick Webb (09/30/2010 1:45PM) (SA0041 & SA0200-SA0201)

EEE.   Letter from Tom Sullivent to Nick Webb (10/27/2010) (SA0123-SA0125)

FFF. Hospital Lien Statement from St. Francis Hospital to State Auto (01/11/2010) (SA0101-SA0102)

GGG. Letter from Tom Sullivent to Nick Webb with enclosures (11/08/2010) (SA0121, SA126, SA126A, SA126B, SA126C, SA127, SA129-SA222)

HHH. Facsimile from Tom Sullivent to Nick Webb (11/17/2010) (SA0036-SA0037 & SA0120)

III. Letter from Tom Sullivent to Nick Webb (11/30/2010) (SA0119)

JJJ. Letter and Facsimile from Tom Sullivent to Nick Webb (12/01/2010) (SA0034)

KKK. Email from Justin Bengtson to Ray Johnson (12/01/2010) (SA0035)

LLL. Letter and Facsimile from Tom Sullivent to Ray Johnson (12/01/2010) (SA0099)

MMM. Email Notice of Received Facsimile to Gone-Webb, Nick (12/03/2010 2:25PM); Forwarded email from Gone-Webb, Nick to Ray Johnson (12/03/2010 3:12PM) (SA0033)

NNN. Letter and Facsimile from Tom Sullivent to Ray Johnson (12/03/2010) (SA0116)

OOO. Email from Jerry Lewis to Gary Morris, CC to Debra Eddy and Brian Blauw (12/03/2010 9:34AM) (SA0032)

PPP. Email from Gary Morris to Jerry Lewis (12/06/2010 10:45AM) (SA0032)

QQQ. Email from Jerry Lewis to Gary Morris, CC to Debra Eddy, Brian Blauw, and Karen Buchele (12/06/2010 11:25AM) (SA0309-SA0310)

RRR. Letter and Facsimile from Tom Sullivent to Ray Johnson (12/06/2010) (SA0115)

SSS. Letter and Facsimile from Tom Sullivent to Karen Buchele (12/08/2010) (SA0114)

TTT. Karen Buchele Handwritten Notes (SA0313-SA0319)

UUU. Letter from Karen Buchele to Tom Sullivent (12/09/2010) (SA0110)

VVV. Letter and Facsimile from Tom Sullivent to Karen Buchele (12/09/2010) (SA0030-SA0031)

WWW. Letter and Facsimile from Tom Sullivent to Karen Buchele (12/09/2010) (SA0029)

XXX. Letter and Facsimile from Tom Sullivent to Karen Buchele (12/13/2010) (SA0027-SA0028 & SA0108-SA0109)

YYY. Letter from Karen Buchele to Tom Sullivent (12/15/2010) (SA0107)

ZZZ. Letter and Facsimile from Tom Sullivent to Karen Buchele (12/17/2010) (SA0106)

AAAA. Camino Real Emerg Associates Bill (12/30/2010) (SA0070)

BBBB. Facsimile from Karen Buchele to Tom Sullivent (01/04/2011) (SA0105)

CCCC. Initial Casualty General Adjuster Assignment Summary by Karen Buchele (01/04/2011) (SA0306-SA0308)

DDDD. Note about UIM with "Nick" written on it (undated) (SA0218)

4. Official Oklahoma Traffic Collision Report (09/27/2009) (001605-001613)

5. State Farm – Todd Towe – Activity Log (002386-002393)

6. The Holmes Organisation – Correspondence and Documents (Holmes Org. 0001 – Holmes Org. 0055)

A. Email from Sue Barnes to Karen Buchele (05/02/2011 11:38AM) (Holmes Org. 0001)

B. Email from Lynne Lervig to Karen Buchele (01/03/2011 2:55PM) (Holmes Org. 0004)

C. Email from Karen Buchele to Lynne Lervig (01/11/2011 8:35AM) (Holmes Org. 0002)

D. Email from Lynne Lervig to Karen Buchele (01/10/2011 11:48AM) (Holmes Org. 0003)

E.  Email from Lynne Lervig to Nick Webb (09/07/2010 4:19PM) (Holmes Org. 0005)

F.  Email from Nick Webb to Lynne Lervig (09/10/2010 1:51PM) (Holmes Org. 0005)

G.  Email from Lynne Lervig to Nick Webb (11/09/2010 9:38AM) (Holmes Org. 0005)

H.  Email from Gone-Nick Webb to Lynne Lervig (11/30/2010 3:40PM) (Holmes Org. 0005)

I.  Email from Nick Webb to Lynne Lervig (06/10/2010 10:53AM) (Holmes Org. 0006)

J.  Email from Lynne Lervig to Nick Webb (05/18/2010 11:58AM) (Holmes Org. 0006)

K.  Email from Danny Edwards to Lynne Lervig and Sue Barnes (02/22/2010 11:40AM) (Holmes Org. 0033)

L.  Email from Lynne Lervig to Danny Edwards (02/22/2010 11:44AM) (Holmes Org. 0033)

M.  Email from Lynne Lervig to Brian Blauw (02/22/2010 12:17PM) (Holmes Org. 0030)

N.  Email from Brian Blauw to Lynne Lervig and Meagen Phillips, CC to George Gartelos and Jerry Lewis (02/22/2010 11:54AM) (Holmes Org. 0006)

O.  Email from Lynne Lervig to Meagen Phillips, CC to Brian Blauw (02/22/2010 11:47AM) (Holmes Org. 0007)

P.  Email from Lynne Lervig to George Gartelos (02/22/2010 11:46AM) (Holmes Org. 0007)

Q.  Email from George Gartelos to Lynne Lervig (11/24/2009 12:37PM) (Holmes Org. 0007)

R.  Email from Lynne Lervig to George Gartelos (11/24/2009 11:41AM) (Holmes Org. 0008)

S.  Email from Nick Webb to Lynne Lervig (11/09/2010 9:46AM) (Holmes Org. 0009)

T.  Email from Lynne Lervig to Nick Webb (11/09/2010 9:38AM) (Holmes Org. 0009)

U.  Email from Nick Webb to Lynne Lervig (09/10/2010 1:51PM) (Holmes Org. 0009)

V.  Email from Lynne Lervig to Nick Webb (09/07/2010 4:19PM) (Holmes Org. 0009)

W.  Email from Nick Webb to Lynne Lervig (06/10/2010 10:53AM) (Holmes Org. 0010)

X.  Email from Lynne Lervig to Nick Webb (05/18/2010 11:58AM) (Holmes Org. 0010)

Y.  Loss Acknowledgment Notice to The Holmes Organisation from Justin Bengtson (undated) (Holmes Org. 0036)

Z.  Email from Centralized.Claims@StateAuto.com to Lynne Lervig (11/11/2009 2:01PM) (Holmes Org. 0037-Holmes Org. 0037)

AA.  Official Oklahoma Traffic Collision Report (09/27/2009) (Holmes Org. 0040-Holmes Org. 0049)

BB.  Saint Francis Hospital CT Brain, Cervical Spine, Abdomen, and Pelvis (09/28/2009) (Holmes Org. 0050-Holmes Org. 0053)

CC.  Letter from Todd Towe to Blake Higgins (11/03/2009) (Holmes Org. 0054-Holmes Org. 0055)

7. Photographs of Insured Vehicle (Chevy Tahoe) (001193-001228)

8. Photographs of Blake Higgins (001522-001539)

9. Medical Release provided to State Auto (06/16/2011) (002397)

10. Medical Releases provided to State Auto (05/08/2012) (002394-002396)

11. Blake Higgins Credit Score / Report from ScoreSense.com (04/18/2012) (002547-002554)

12. Blake Higgins Landsafe Credit Merge Report (02/15/2012) (001508-001520)

13. Blake Higgins Landsafe Credit Merge Report (09/28/2010) (001239-001251)

14. Blake Higgins Credit Score Information from Bank of America (09/17/2009) (001134-001135)

15. Facsimile from Justin Bengtson to Empire Plumbing (11/19/2009) (002377-002385)

16. Casualty Claim Examiner Interim File Analysis Report (12/02/2011) (SA14113-SA14115)

17. Check from State Auto for $375,000.00 (01/19/2012) (002556-002557)

18. Letter from Rich Toon to State Auto (04/20/2012) (002546)

19. Letter from Rich Toon to State Auto (05/11/2012) (002555)

20. Release of EMSA Lien (11/29/2011) (SA1302)

21. Check from State Auto for $2,000.00 (01/26/2010) (001144)

22. Rods removed during surgery

23. Screws removed during surgery

24. Plate removed during surgery

25. Debra Eddy Handwritten Notes (SA14108-SA14111)

26. Welcome to State Auto's Online Claims Procedures (SA0813-SA0841)

27. State Auto – The Essential Claims Manual (SA0814-SA0817)

28. State Auto Values and Customer Service Philosophy (Revised February 2008) (SA0818)

29. State Auto Minimum File Handling Standards (Revised January 2009) (SA0819-SA0824)

30. State Auto – Customer Service Requirements (Revised January 2008) (SA0825-SA0827)

31. State Auto – General Principles of Claims Investigation (Revised April 2008) (Redacted Version) (SA0828-SA0832)

32. State Auto – General Principles of Claims Investigation (Revised April 2008) (Un-Redacted

Version) (SA9014-SA9018)

33. State Auto – Evaluating Damages (Revised March 2009) (SA0833-SA0837)

34. State Auto – Handling Claims In Good Faith (Revised April 2008) (SA0838-SA0841)

35. State Auto – Business Ethics (Revised January 2008) (SA9924-SA9927)

36. State Auto – Reporting to Corporate Claims When Bad Faith Is Alleged (Revised April 2008) (SA9019-SA9020)

37. State Auto – File Documentation (Revised December 2008) (SA9021-SA9023)

38. State Auto – Claim Handling – Claim Contact Center Checklist (SA9025-SA9029)

39. State Auto – Central Claims File Handling (SA9034-SA9039)

40. State Auto – Phone Log (SA9038)

41. State Auto – Claim Log (SA9039)

42. State Auto – Uninsured / Underinsured Motorists Coverage – What is it? (SA9133)

43. State Auto – Reserves (SA9173)

44. State Auto – Ordering Police Reports – Choicepoint (04/12/2003) (SA9235-SA9239)

45. State Auto – Reassignment Instructions (SA9248-SA9251)

46. State Auto – Getting the Picture! (SA9273-SA9276)

47. State Auto – Subrogation – What is Subrogation? (SA9438-SA9440)

48. State Auto – Contact Center Claim Subrogation Guidelines (SA9441-SA9444)

49. State Auto – Comment Writing Skills (SA9457-SA9459)

50. State Auto – Call Center Comments (SA9460)

51. State Auto – Series III Comments (SA9461)

52. State Auto – Basic Multi-Line Training – Intro Class (SA9503-SA9509)

53. State Auto – Recorded Statement Training (SA9856-SA9867)

54. State Auto – Avoiding Excess Liability and Bad Faith Checklist (SA9928-SA9930)

55. State Auto – If it isn't in the claim file, it didn't happen! (SA10061)

56. State Auto – States and Their Form Numbers – Auto (SA9130)

57. Medical Bill Summary (003759)

58. Warren Clinic Billing:
    Dates of Service:
        09/29/2009; 10/13/2009; 11/18/2009;
        12/04/2009; 12/07/2009; 12/18/2009;
        12/23/2009
(000613-000617)

59. Springer Clinic d/b/a Warren Clinic Billing:
    Dates of Service:
        12/22/2009; 12/29/2009; 01/06/2010 (000651)

60. Smith Dermatology Clinic Billing:
    Dates of Service:
        11/03/2009; 12/03/2009; 01/05/2010;
        02/02/2010; 05/05/2010
(000654-000655)

61. EMP of Tulsa County Billing:
    Dates of Service:
        09/29/2009
(000658)

62. Radiology Consultants Billing:
    Dates of Service:
        09/28/2009; 11/18/2009; 11/24/2009;
        12/28/2009
(000659);
        03/04/2010
(000660);
        07/20/2010
(000662);
        12/01/2010; 02/16/2011; 11/03/2011
(000151);
        01/25/2012; 03/07/2012
(002271)

63. Saint Francis Hospital – Saint Francis Health System Billing:
    Dates of Service:
        09/27/2009; 09/28/2009

(000663);

11/04/2009

(000709);

11/18/2009

(000713);

12/18/2009

(000716);

12/28/2009

(000721);

12/29/2009

(000730);

01/06/2010

(000735);

02/03/2010

(000739);

02/05/2010

(000743);

02/22/2010

(000747);

03/04/2010

(000751);

05/06/2010

(000755);

07/20/2010

(000759);

08/05/2010

(000158);

11/02/2010

(000162);

12/01/2010

(000166);

12/01/2010

(000171);

05/06/2011

(000359);

10/04/2011

(000363);

11/03/2011

(000376);

11/04/2011

(000377);

12/14/2011

(002276);

01/25/2012

(002277);

02/16/2012

(002278);
       03/07/2012
(002279);
       03/29/2012
(002280);
       05/03/2012
(002281)

64. Saint Francis Hospital South – Saint Francis Health System Billing:
    Dates of Service:
       05/25/2010; 05/26/2010
(000767-000770);
       05/19/2010
(000858);
       03/24/2010
(000865);
       11/24/2009
(000890);
       02/09/2011
(000194);
       02/09/2011
(000200);
       02/16/2011; 02/17/2011; 02/18/2011;
       02/19/2011
(000201-000205)

65. Emergency Medical Services Authority (EMSA) Billing:
    Dates of Service:
       09/27/2009
(000893)

66. Eastern Oklahoma Orthopedic Center Billing:
    Dates of Service:
       12/14/2009; 01/11/2010; 02/08/2010;
       03/09/2010; 04/08/2010; 04/29/2010;
       05/20/2010; 05/25/2010; 06/10/2010;
       06/24/2010
(000894);
       07/22/2010; 08/23/2010; 10/07/2010;
       11/08/2010; 12/09/2010; 02/10/2011;
       02/16/2011; 03/03/2011; 03/14/2011;
       03/28/2011; 04/25/2011; 05/23/2011;
       07/12/2011; 08/08/2011; 11/10/2011
(000003-000015);
       01/26/2012; 02/27/2012; 03/12/2012
(002272-002273);

04/12/2012
(002274-002275)

67. Rick Huskey, D.C., Billing:
   Dates of Service:
         12/22/2009; 12/29/2009; 01/04/2010;
         01/05/2010; 01/06/2010; 01/11/2010;
         01/12/2010; 01/13/2010; 01/18/2010;
         01/19/2010; 01/20/2010; 01/25/2010;
         01/26/2010; 01/27/2010; 02/01/2010;
         02/02/2010; 02/03/2010; 02/08/2010;
         02/10/2010; 02/11/2010; 02/15/2010;
         02/16/2010; 02/18/2010; 02/22/2010;
         02/23/2010; 02/25/2010; 03/01/2010;
         03/02/2010; 03/08/2010
(000950-000952)

68. Tulsa Diagnostic Imaging Billing:
   Date of Service:
         01/11/2010
(000971)

69. Tulsa Bone and Joint Billing:
   Date of Service:
         02/10/2010
(000974)

70. Dr. Brett Dieterlen And Associates Billing:
   Dates of Service:
         10/27/2009; 05/11/2010
(000999)

71. Associated Anesthesiologists, Inc., Billing:
   Dates of Service:
         05/25/2010; 02/16/2011
(000002)

72. Orthofix Billing:
   Date of Service:
         06/28/2010
(001007)

73. Tulsa Neurospine, PLLC, Billing:
   Dates of Service:
         04/19/2010; 05/25/2010; 06/10/2010;
         06/24/2010; 07/26/2010; 08/26/2010;

| | |
|---|---|
| | 10/14/2010; 02/10/2011; 02/16/2011; 10/20/2011; 11/28/2011 |
| (000470); | |
| | 01/12/2012; 01/26/2012 |
| (002228); | |
| | 03/15/2012 |
| (002225); | |
| | 05/21/2012 |
| (003723) | |

74. South Tulsa Physical Therapy Billing:
    Dates of Service:
        01/19/2010; 01/20/2010; 01/21/2010;
        01/22/2010; 01/26/2010; 01/28/2010;
        02/02/2010; 02/05/2010; 02/09/2010;
        02/11/2010
(001011-001012)

75. Physical Therapy of Tulsa Billing:
    Dates of Service:
        02/16/2010; 02/17/2010; 02/18/2010;
        02/23/2010; 02/24/2010; 02/25/2010;
        03/02/2010; 03/03/2010; 03/04/2010;
        03/08/2010; 03/09/2010; 03/11/2010;
        03/15/2010; 03/18/2010; 03/22/2010;
        03/23/2010; 03/29/2010; 04/01/2010;
        04/05/2010; 04/06/2010; 04/08/2010;
        04/12/2010; 04/13/2010; 04/15/2010;
        04/20/2010; 04/22/2010; 04/26/2010;
        04/29/2010; 05/11/2010; 05/13/2010;
        05/18/2010
(002305-002308);
        03/31/2011; 04/04/2011; 04/07/2011;
        04/11/2011; 04/12/2011; 04/14/2011;
        04/18/2011; 04/19/2011; 04/21/2011;
        04/25/2011; 04/26/2011; 04/28/2011;
        05/02/2011; 05/05/2011; 05/09/2011;
        05/10/2011; 05/12/2011; 05/16/2011;
        05/23/2011; 05/26/2011; 06/02/2011;
        06/06/2011; 06/07/2011; 06/13/2011;
        06/14/2011; 06/16/2011; 06/20/2011;
        06/23/2011; 06/27/2011; 06/30/2011;
        07/05/2011; 07/12/2011; 07/14/2011;
        07/18/2011; 07/19/2011; 07/25/2011;
        07/26/2011; 08/04/2011; 08/08/2011;
        08/09/2011; 08/15/2011; 08/16/2011;

|  |
|---|
| 08/22/2011; 08/23/2011; 08/25/2011; 08/29/2011; 09/12/2011; 09/15/2011; 09/20/2011; 09/22/2011; 09/26/2011; 09/27/2011; 10/03/2011; 10/04/2011; 10/06/2011; 10/11/2011; 10/13/2011; 10/17/2011; 10/18/2011; 10/24/2011; 10/25/2011; 10/27/2011; 10/31/2011; 11/07/2011; 11/14/2011; 11/15/2011; 11/21/2011; 11/28/2011; 11/29/2011; 12/01/2011; 12/05/2011; 12/06/2011; 12/08/2011; 12/12/2011; 12/13/2011; 12/19/2011; 12/20/2011; 12/22/2011; 01/03/2012; 01/05/2012; 01/09/2012; 01/10/2012; 01/16/2012; 01/17/2012; 01/19/2012; 01/23/2012; 01/24/2012; 01/26/2012; 01/30/2012; 01/31/2012; 02/02/2012; 02/06/2012; 02/10/2012; 02/13/2012; 02/14/2012; 02/23/2012; 02/28/2012; 03/01/2012; 03/05/2012; 03/06/2012; 03/08/2012; 03/12/2012; 03/13/2012; 03/19/2012; 03/20/2012; 03/22/2012; 03/26/2012; 03/27/2012; 04/03/2012; 04/05/2012; 04/09/2012; 04/12/2012; 04/16/2012; 04/17/2012; 04/19/2012; 04/23/2012; 04/24/2012; 04/26/2012; 04/30/2012; 05/08/2012; 05/10/2012<br>(002286-002304);<br>05/17/2012; 05/21/2012; 05/22/2012; 05/24/2012; 05/29/2012; 05/31/2012; 06/04/2012; 06/11/2012; 06/14/2012; 06/18/2012; 06/21/2012; 06/25/2012; 06/26/2012; 06/28/2012; 07/02/2012; 07/03/2012; 07/05/2012; 07/09/2012<br>(003729-003730) |
| 76. First Steps O & P Billing:<br>        Dates of Service:<br>                05/20/2010<br>(001080) |
| 77. Tulsa Medical Lab, LLC, Billing:<br>        Dates of Service:<br>                12/03/2009<br>(001081) |

21

78. Synaptic Resources, LLC, Billing:
        Dates of Service:
                05/25/2010
(000398);
                05/25/2010
(000399-000401);
                02/16/2011
(000427-000429)

79. Neurologic Services of OK, LLC, Billing:
        Dates of Service:
                05/25/2010
(000382);
                05/25/2010
(000383-000386);
                02/16/2011
(000391-000392)

80. Tulsa Integrated Pain Services Billing:
        Dates of Service:
                03/24/2010
(000462);
                12/01/2010
(000465);
                12/14/2011
(002282);
                02/16/2012
(002283);
                03/29/2012
(002284);
                05/03/2012
(002285);
                06/07/2012
(003727)

81. Walgreens Billing:
        Dates of Service:
                05/01/2010; 05/26/2010; 05/27/2010;
                07/06/2010; 07/10/2010; 08/13/2010;
                09/07/2010; 10/31/2010; 11/26/2010;
                01/02/2011; 02/19/2011; 07/08/2011;
                10/21/2011
(000152-000157)

82. Warren Clinic Medical Records:
        Dates of Service:

09/29/2009
(002133);
10/13/2009; 11/18/2009; 12/04/2009
(002157-002159, 002161);
12/07/2009; 12/18/2009; 12/23/2009
(002155-002156, 002160, 002164);
01/22/2010
(002154);
03/05/2010
(002153, 000613-000653)

83. Springer Clinic d/b/a Warren Clinic Medical Records:
Dates of Service:
12/22/2009
(001130-001132);
12/29/2009
(002134-002139, 002147);
01/06/2010
(002145-002146);
02/05/2010
(002142-002144);
05/10/2010
(002140-002141);
08/10/2010
(002128-002132)

84. Smith Dermatology Clinic Medical Records:
Dates of Service:
11/03/2009; 12/03/2009; 01/15/2010;
02/02/2010; 05/05/2010
(001793-001796)

85. EMP of Tulsa County Medical Records:
Dates of Service:
09/29/2009
(000658)

86. Radiology Consultants Medical Records: (including films)
Dates of Service:
09/28/2009
(001892-001899);
11/18/2009
(001086);
11/24/2009
(000892);
12/28/2009

(000725-000726);
                  03/04/2010
(000661);
                  07/20/2010
(000762);
                  12/01/2010
(000170);
                  02/16/2011
(000287);
                  11/03/2011
(000371-000373);
                  11/03/2011
(000374);
                  01/25/2012
(002541);
                  03/07/2012
(002542-002543)

87. Saint Francis Hospital Medical Records – Saint Francis Health System Records:
        Dates of Service:
                  09/27/2009; 09/28/2009
(001670, 001851-001854, 001882-001917);
                  11/04/2009
(000710-000712);
                  11/18/2009
(001085-001087);
                  12/18/2009
(000717-000720);
                  12/28/2009
(000722-000729);
                  12/29/2009
(000731-000734);
                  01/06/2010
(000736-000738);
                  02/03/2010
(000740-000742);
                  02/05/2010
(000744-000746);
                  02/22/2010
(000748-000750);
                  03/04/2010
(000752-000754);
                  05/06/2010
(000756-000758);
                  07/20/2010
(000760-000765);

08/05/2010
(000159-000161);
11/03/2010
(000163-000165);
12/01/2010
(000167-000170);
12/01/2010
(000172-000193);
05/06/2011
(000360-000362);
10/04/2011
(000364-000366);
11/03/2011
(000472-000476, 000367-000375);
11/04/2011
(000378-000380);
12/14/2011
(002315-002316);
01/25/2012
(002541);
02/16/2012
(002317-002318);
03/07/2012
(002312, 002314);
03/29/2012
(002319);
05/03/2012
(002320-002321)

88. Saint Francis Hospital South Medical Records – Saint Francis Health System Records:
Dates of Service:
11/24/2009
(000891-000892);
05/25/2010
(001662-001663, 001867-001875);
05/26/2010
(002012-002097);
05/19/2010
(001999-002007);
03/24/2010
(001970-001993);
11/24/2009
(001927);
02/09/2011
(000195-000199);
02/16/2011; 02/17/2011; 02/18/2011;

|  |
|---|
| 02/19/2011<br>(000206-000358) |
| 89. Emergency Medical Services Authority (EMSA) Medical Records:<br>      Dates of Service:<br>          09/27/2009<br>(000683-000686) |
| 90. Eastern Oklahoma Orthopedic Center Medical Records:<br>      Dates of Service:<br>          12/14/2009<br>(001706, 001709);<br>          01/11/2010<br>(001705, 001835);<br>          02/08/2010<br>(001704, 001707);<br>          03/08/2010<br>(001703);<br>          04/08/2010<br>(001702);<br>          04/29/2010<br>(001701, 002174);<br>          05/20/2010<br>(001700, 002173);<br>          05/25/2010<br>(001664);<br>          06/10/2010<br>(001698-001699);<br>          06/24/2010<br>(001697)<br>          07/22/2010<br>(000031);<br>          08/23/2010<br>(000028);<br>          10/07/2010<br>(000030);<br>          11/08/2010<br>(000026);<br>          12/09/2010<br>(000025);<br>          02/10/2011<br>(000024, 000453-000454);<br>          02/16/2011<br>(000460-000461);<br>          03/03/2011<br>(000023); |

03/14/2011 (000022);
03/28/2011 (000021);
04/25/2011 (000020);
05/23/2011 (000019);
07/12/2011 (000018);
08/08/2011 (000017);
11/10/2011 (000016);
01/26/2012; 02/27/2012; 03/12/2012 (002309-002311);
04/12/2012 (002313);
05/17/2012; 07/05/12 (003721-003722)


MISCELLANEOUS RECORDS:
X-Ray Log Sheet: (001710);
Progress Record: (001711);
Prescription Drug Record: (001712)

91. Rick Huskey, D.C., Medical Records:
Dates of Service:
12/22/2009 (001728-001734);
12/23/2009 (002162-002163);
12/29/2009; 01/04/2010; 01/05/2010;
01/06/2010; 01/11/2010 (000960);
01/12/2010 (001739);
01/13/2010; 01/18/2010; 01/19/2010 (000960);
01/20/2010 (001744);
01/25/2010; 01/26/2010; 01/27/2010;
02/01/2010; 02/02/2010; 02/03/2010;
02/08/2010; 02/10/2010 (000964-000965);

|  |
| --- |
| 02/11/2010; 02/15/2010; 02/16/2010; 02/18/2010; 02/22/2010; 02/23/2010; 02/25/2010; 03/01/2010; 03/02/2010; 03/08/2010<br>(000962-000963) |
| 92. Tulsa Diagnostic Imaging Medical Records: (including films)<br>    Date of Service:<br>        01/11/2010<br>(001671-001672) |
| 93. Tulsa Bone and Joint Medical Records:<br>    Date of Service:<br>        02/10/2010<br>(001843-001850) |
| 94. Dr. Brett Dieterlen And Associates Medical Records:<br>    Dates of Service:<br>        10/27/2009<br>(001000-001006);<br>        05/11/2010<br>(001639-001645) |
| 95. Associated Anesthesiologists, Inc., Medical Records:<br>    Dates of Service:<br>        05/25/2010; 02/16/2011<br>(000002) |
| 96. Orthofix Medical Records:<br>    Date of Service:<br>        06/28/2010<br>(002172-0002173, 002176) |
| 97. Tulsa Neurospine, PLLC, Medical Records:<br>    Dates of Service:<br>        02/10/2011<br>(000592-000593);<br>        02/13/2011<br>(04400455-000456);<br>        02/16/2011<br>(000483-000485);<br>        04/19/2010<br>(001876-001879);<br>        05/25/2010<br>(000423-000426);<br>        06/10/2010 |

(001865-001866);
         06/24/2010
(001864);
         07/26/2010; 08/26/2010
(000042-000043);
         10/14/2010
(000040-000041);
         10/20/2011
(000477-000478);
         11/28/2011
(002544-002545);
         01/12/2012; 01/26/2012
(002229-002231);
         03/15/2012
(002226);
         05/21/2012
(002398-002399)

98. South Tulsa Physical Therapy Medical Records:
     Dates of Service:
         01/19/2010
(001831-001834);
         01/20/2010
(001829-001830);
         01/21/2010
(001828);
         01/22/2010
(001827);
         01/26/2010
(001826);
         01/28/2010
(001825);
         02/02/2010
(001824);
         02/05/2010
(001823);
         02/09/2010
(001821);
         02/11/2010
(001820);
         02/12/2012
(001818-001819)

99. Physical Therapy of Tulsa Medical Records:
     Dates of Service:
         02/16/2010

(001775-001777);
02/17/2010
(001774-001775);
02/18/2010
(001774);
02/23/2010
(001773-001774);
02/24/2010
(001772-001773);
02/25/2010
(001772);
03/02/2010
(001771-001772);
03/03/2010
(001770-001771);
03/04/2010
(001770);
03/08/2010
(001769-001770);
03/09/2010
(001768-001769);
03/11/2010
(001766-001768);
03/15/2010
(001765-001766);
03/18/2010
(001764-001765);
03/22/2010
(001764);
03/23/2010
(001763);
03/29/2010
(001762-001763);
04/01/2010
(001762);
04/05/2010
(001761);
04/06/2010
(001760-001761);
04/08/2010
(001760);
04/12/2010
(001759);
04/13/2010
(001758-001759);
04/15/2010

(001756-001758);
                    04/20/2010
(001755);
                    04/22/2010
(001754-001755);
                    04/26/2010
(001754);
                    04/29/2010
(001753);
                    05/11/2010
(001752-001753);
                    05/13/2010
(001752);
                    05/18/2010
(001750-001751);
                    03/31/2011; 04/04/2011; 04/07/2011;
                    04/11/2011; 04/12/2011; 04/14/2011;
                    04/18/2011; 04/19/2011; 04/21/2011;
                    04/25/2011; 04/26/2011; 04/28/2011;
                    05/02/2011; 05/05/2011; 05/09/2011;
                    05/10/2011; 05/12/2011; 05/16/2011;
                    05/23/2011; 05/26/2011; 06/02/2011;
                    06/06/2011; 06/07/2011; 06/13/2011;
                    06/14/2011; 06/16/2011; 06/20/2011;
                    06/23/2011
(000057-000093);
                    06/27/2011; 06/30/2011; 07/05/2011;
                    07/12/2011; 07/14/2011; 07/18/2011;
                    07/19/2011; 07/25/2011; 07/26/2011;
                    08/04/2011; 08/08/2011; 08/09/2011;
                    08/15/2011; 08/16/2011; 08/22/2011;
                    08/23/2011; 08/25/2011; 08/29/2011;
                    09/12/2011; 09/15/2011; 09/19/2011;
                    09/20/2011; 09/22/2011; 09/26/2011;
                    09/27/2011; 10/03/2011; 10/04/2011;
                    10/06/2011; 10/11/2011; 10/13/2011;
                    10/17/2011; 10/18/2011; 10/24/2011;
                    10/25/2011; 10/27/2011; 10/31/2011;
                    11/07/2011; 11/15/2011; 11/21/2011;
                    11/28/2011; 11/29/2011; 12/01/2011;
                    12/05/2011; 12/06/2011; 12/08/2011;
                    12/12/2011; 12/13/2011
(000095-000149);
                    12/19/2011; 12/20/2011; 12/22/2011;
                    01/03/2012; 01/05/2012; 01/09/2012;
                    01/10/2012; 01/17/2012; 01/19/2012;

01/23/2012; 01/23/2012; 01/24/2012;
01/26/2012; 01/30/2012; 01/31/2012;
02/02/2012; 02/06/2012; 02/10/2012;
02/14/2012; 02/23/2012; 02/23/2012;
02/28/2012; 03/01/2012; 03/05/2012;
03/06/2012; 03/08/2012; 03/12/2012;
03/13/2012; 03/19/2012; 03/20/2012;
03/22/2012; 03/26/2012; 03/27/2012;
04/03/2012; 04/05/2012; 04/09/2012;
04/12/2012; 04/16/2012; 04/19/2012;
04/26/2012; 04/26/2012; 04/30/2012;
05/10/2012
(002322-002371);
05/17/2012; 05/21/2012; 05/22/2012;
05/24/2012; 05/29/2012; 05/31/2012;
06/04/2012; 06/05/2012; 06/11/2012;
06/14/2012; 06/18/2012; 06/21/2012;
06/25/2012; 06/26/2012; 06/28/2012;
07/02/2012; 07/03/2012; 07/05/2012;
07/09/2012
(003731-003756)

---

100. First Steps Orthotics & Prosthetics Medical Records:
Dates of Service:
05/20/2010
(000933)

---

101. Tulsa Medical Lab, LLC, Medical Records:
Dates of Service:
12/03/2009
(001862)

---

102. Synaptic Resources, LLC, Medical Records:
Dates of Service:
05/25/2010
(000405, 000413-000420);
02/16/2011
(000435, 000446-000452)

---

103. Neurologic Services of OK, LLC, Medical Records:
Dates of Service:
05/25/2010
(000406-000407);
02/16/2011
(000437-000438)

104. Tulsa Integrated Pain Services Medical Records:
Dates of Service:
03/24/2010
(000463-000464);
12/01/2010
(000466-000467);
12/14/2011
(002315-002316);
02/16/2012
(002317-002318);
03/29/2012
(002319);
05/03/2012
(002320-002321);
06/07/2012
(002429)

105. Walgreens Medical Records:
Dates of Service:
05/01/2010; 05/26/2010; 05/27/2010;
07/06/2010; 07/10/2010; 08/13/2010;
09/07/2010; 10/31/2010; 11/26/2010;
01/02/2011; 02/19/2011; 07/08/2011;
10/21/2011
(000152-000157)

106. Property Casualty Insurers Association of America: Uninsured/Underinsured Motorist Case Law Analysis and Comment (2008 Edition) (SA0999); Oklahoma Uninsured/Underinsured Motorist Case Law Analysis and Comment (SA1094-SA1095)

107. Property Casualty Insurers Association of America: Uninsured/Underinsured Motorist & Umbrella Coverage Requirements (January 2010) (SA1133); Oklahoma Uninsured/Underinsured Motorist Coverage (SA1157-SA1158) [p. 1, 25, 26]

108. Property Casualty Insurers Association of America: Adjuster Licensing Requirements (July 2010) (SA1168); Oklahoma Adjuster Licensing Requirements (SA1186) [p. 1, 19]

109. Property Casualty Insurers Association of America: Adjuster Licensing Requirements (October 2009) (SA1193); Oklahoma Adjuster Licensing Requirements (SA1210) [p. 1, 18]

110. Property Casualty Insurers Association of America: Adjuster Licensing Requirements (July 2011) (SA1217); Oklahoma Adjuster Licensing Requirements (SA1235) [p. 1, 19]

111. Property Casualty Insurers Association of America: Bad Faith Insurance Provisions (January 2010) (SA1266-SA1268) [p. 1, 2, 3]

112. Property Casualty Insurers Association of America: Comparative Negligence (August 2010) (SA1390); Oklahoma Comparative Negligence (SA1397) [p. 1, 8]

113. Property Casualty Insurers Association of America: Punitive Damages (September 2010) (SA1420); Oklahoma Punitive Damages (SA1435) [p. 1, 16]

114. Property Casualty Insurers Association of America: Adopted Regulation Bulletin for Oklahoma Continuing Education for Insurance Adjusters (10/16/2009) (SA1442-SA1443) [p. 1, 2]

115. Property Casualty Insurers Association of America: Punitive Damages (October 2009) (SA1444); Oklahoma Punitive Damages (SA1459) [p. 1, 16]

116. Property Casualty Insurers Association of America: Unfair Claims Settlement Practices Regulations (December 2010) (SA1465); Oklahoma Unfair Claims Settlement (SA1481-SA1482) [p.1, 17-18]

117. Property Casualty Insurers Association of America: Uninsured/Underinsured Motorist Coverage Laws and Regulations (Volume 2: MT-WY) (2009 Edition) (SA1993); Oklahoma Uninsured/Underinsured Motorist Coverage Laws and Regulations (SA2167-SA2170) [p. 1-4]

118. Property Casualty Insurers Association of America: Claims and Unfair Claims Handling Laws and Regulations (2009 Edition) (SA2334); Oklahoma Claims and Unfair Claims Handling Laws and Regulations (SA3622-SA3658) [p. 1-37]

119. Property Casualty Insurers Association of America: Claims and Unfair Claims Handling Laws and Regulations (2010 Edition) (SA4225); Oklahoma Claims and Unfair Claims Handling Laws and Regulations (SA5580-SA5618) [p. 1-39]

120. Insurance Schools, Inc.: Ethics Seminar (SA8200); Ethics Seminar (SA8201-SA8217) [p. 1-17]

121. State Auto Insurance Companies: Welcome to "Spirit" Training (Updated April 2006) (SA9933-SA10077)

122. About State Auto (SA9884)

123. State Auto – About Us – History (002559)

124. State Auto Financial Documentation (002560-002591)

125. State Auto Financial Corporation, (includes State Auto Property & Casualty Insurance Company), Form 8-K (05/09/2012) (002592-002640)

126. State Auto Financial Corporation, (includes State Auto Property & Casualty Insurance Company), Form 8-K (05/10/2012) (002641-002673)

| |
|---|
| 127. State Auto Property & Casualty Insurance Company, 2011 Annual Statement (002674-002860) |
| 128. State Auto Financial Corporation, (includes State Auto Property & Casualty Insurance Company), 2011 Annual Report (002861-003028) |
| 129. State Auto Financial Corporation, (includes State Auto Property & Casualty Insurance Company), 2010 Annual Report (003029-003192) |
| 130. State Auto Financial Corporation, (includes State Auto Property & Casualty Insurance Company), 2009 Annual Report (003193-003362) |
| 131. State Auto Financial Corporation, (includes State Auto Property & Casualty Insurance Company), 2008 Annual Report (003363-003522) |
| 132. State Auto Financial Corporation, (includes State Auto Property & Casualty Insurance Company), 2012 First Quarterly Report (003523-003584) |
| 133. Video and audio deposition of George Gartelos (04/05/2012) |
| 134. Video and audio deposition of Danny Edwards (04/17/2012) |
| 135. Video and audio deposition of Debra Eddy (04/24/2012) |
| 136. Video and audio deposition of Debra Eddy, pursuant to Fed. R. Civ. P. 30(b)(6) (04/24/2012) |
| 137. Video and audio deposition of Ricky McClenathan, pursuant to Fed. R. Civ. P. 30(b)(6) (04/25/2012) |
| 138. Video and audio deposition of Gary Morris (04/25/2012) |
| 139. Video and audio deposition of Nicholas Webb (04/26/2012) |
| 140. Video and audio deposition of Jerry Lewis (04/26/2012) |
| 141. Video and audio deposition of Justin Bengtson (04/26/2012) |
| 142. Video and audio deposition of Karen Buchele (04/26/2012) |
| 143. Video and audio deposition of Brian Blauw (04/26/2012) |

Respectfully submitted,

TOON OSMOND, P.L.L.C.


 /s/ *Brian J. Goree*
Richard S. Toon, Jr., OBA #16069
richtoon@toonosmond.com
Cyrus N. Lawyer, OBA #22622
natelawyer@toonosmond.com
Brian J. Goree, OBA #13104
briangoree@toonosmond.com
1800 S. Baltimore Ave.
Tenth Floor, Suite 1000
Tulsa, Oklahoma 74119
Telephone: 918.477.7884
Facsimile: 918.477.7893
www.toonosmond.com


## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Tracy W. Robinett, Esq.
trobinett@robinettmurphy.com

Lawrence R. Murphy, Jr., Esq.
lmurphy@robinettmurphy.com

Pansy Moore-Shrier, Esq.
pmoore-shrier@robinettmurphy.com

Charles R. Swartz, Esq.
cswartz@robinettmurphy.com

Mariann Atkins
matkins@robinettmurphy.com

 /s/ *Brian J. Goree*