**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BLAKE HIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-CV-090-JHP-TLW |
| | ) | |
| STATE AUTO PROPERTY & | ) | |
| CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT STATE AUTO**
**PROPERTY & CASUALTY INSURANCE COMPANY'S**
**AMENDED INFORMATION REGARDING THE DEPOSITION OF BRIAN BLAUW**

Defendant State Auto Property & Casualty Insurance Company ("STATE AUTO") submits its Amended Information Regarding the Deposition of Brian Blauw, pursuant to this Court's instructions at the pretrial conference conducted on June 28, 2012. STATE AUTO believes that it fulfilled its duty to meet and confer, in a good faith effort to resolve disputes pursuant to LCvR 30.1, but was unable to reach an agreement.

Initially, STATE AUTO requests that this Court exclude the whole of Brian Blauw's testimony as Mr. Blauw did not handle Plaintiff's claim for underinsured motorist benefits and was not aware of the claim until after this litigation was filed. As such, Mr. Blauw lacks personal knowledge of Plaintiff's claim. Further, much of the testimony designated by Plaintiff (and, thus, necessarily counter-designated by STATE AUTO) violates the Court's rulings on STATE AUTO's Motions in Limine. Finally, the testimony is cumulative of the anticipated live witness testimony at the jury trial and Plaintiff's other deposition designations. Subject to these general objections, STATE AUTO submits the following:

**Defendant STATE AUTO's Amended Counter-Designations:**[1]

    7:12-18
    9:11-12
    23:21-25
    24:1-2
    36:13-15

**Defendant STATE AUTO's Amended Objections:**

    Subject to the general objections, STATE AUTO specifically objects as follows:

| Testimony Designated by Plaintiff | Objections |
|---|---|
| 6:10-25<br>7:1-3 | Relevance; Cumulative evidence |
| 7:12-20 | Relevance |
| 7:21-25<br>8:1 | Relevance; Prejudicial; Lack of knowledge/recall |
| 8:2-4, 6 | Response to question not designated; Calls for speculation; Opinion without personal knowledge; Ambiguous/vague; Foundation; Lack of knowledge; Prejudicial |
| 9:14-25<br>10:1-6 | Relevance |
| 10:7-9 | Relevance; Prejudicial; Lack of knowledge/recall |
| 10:10-18 | Relevance; Prejudicial; Asked and answered; Cumulative evidence; Lack of knowledge/recall |

---

[1] Amendment to STATE AUTO's Counter-Designations were made solely based upon this Court's ruling, including the Motions for Summary Judgment and Motions in Limine. Should this Court later revise its rulings, STATE AUTO reserves the right to re-urge its original counter-designations. Further, STATE AUTO objects to admission of the related testimony designated by Plaintiff that is excluded or subject to STATE AUTO's Motions in Limine, granted, and/or that may be reurged at trial.

| | |
|---|---|
| 10:19-21, 23-25<br>11:1 | No question; Calls for narrative; Ambiguous/vague; Foundation; Relevance; Lack of knowledge |
| 11:3-7, 8, 10 | Argumentative; Relevance; Foundation; Prejudicial; Lack of knowledge |
| 13:13-20 | Relevance; Asked and answered; Cumulative evidence; Prejudicial; Lack of knowledge/recall |
| 13:23-25<br>14:2-3 | Relevance; Foundation; Prejudicial |
| 14:4-7 | Relevance; Prejudicial |
| 14:8-10 | Asked and answered; Relevance; Prejudicial; Cumulative evidence; Lack of knowledge/recall |
| 15:25<br>16:1-7 | Relevance; Improper instruction to witness; Improper use of exhibit |
| 16:8-12 | Relevance; Assumes facts not in evidence; Improper instruction to witness; Improper use of exhibit |
| 16:13-16 | Relevance; Speculative; Testimony without personal knowledge; Foundation |
| 16:17-21, 23 | Argumentative; Relevance; Foundation; Mischaracterizes prior testimony; Unintelligible |
| 16:25<br>17:1-2, 4-7 | Relevance; Foundation; Calls for narrative; No question posed |
| 17:9-12 | Cumulative evidence; Narrative; Non-responsive to question posed; Relevance; Ambiguous question |
| 17:13-15, 17 | Argumentative; Relevance; Foundation; Assumes facts not in evidence; Prejudicial; Ambiguous question |
| 17:19-22, 24-25<br>18:1-4 | Mischaracterizes prior testimony; Argumentative; Relevance; Foundation; Prejudicial |
| 18:4-7 | Relevance; Foundation; Assumes facts not in evidence |
| 18:8-17 | Relevance |
| 18:18-20, 22 | Lack of recall/knowledge; Relevance; Cumulative evidence; Asked and answered |
| 18:24-25<br>19:1 | Lack of recall/knowledge; Relevance; Foundation; Ambiguous/vague |

| | |
|---|---|
| 19:2-4 | Relevance; Speculative; Vague/ambiguous ; Motion in Limine relative to the handling of other claims (no. 33) [Docket No. 324] |
| 19:5-7 | Relevance; Foundation; Vague/ambiguous |
| 19:8-16 | Relevance; Cumulative evidence |
| 20:7-13 | Relevance; Prejudicial |
| 21:8-16, 22-25 22:1-2 | Relevance; Prejudicial |
| 22:3-9 | Relevance; Prejudicial; Cumulative evidence |
| 22:10-15 | Relevance; Foundation; Assumes facts not in evidence; Motion in Limine relative to post-litigation conduct (no. 52) [Docket Nos. 140 and 157] |
| 22:16-17, 18 | Foundation; Relevance; Assumes facts not in evidence; Motion in Limine relative to post-litigation conduct and handling of other claims (no.52 and no. 33) [Docket Nos. 140, 157, 316, and 324] |
| 22:25 23:1-11 | Relevance; Foundation; Motion in Limine relative to post-litigation conduct and handling of other claims (no. 52) [Docket Nos. 140, 157, 316 and 324] |
| 23:12-14, 17-19 | Calls for narrative; Vague/ambiguous; Foundation; Motion in Limine relative to handling of other claims (no. 33) [Docket Nos. 140, 157, 316 and 324] |
| 23:21-25 24:1-2 | Calls for a legal conclusion; Relevance; Motion in Limine relative to legal conclusions (no. 53) [Docket Nos. 140, 157, and 316] |
| 24:14-15 | Calls for a legal conclusion; Relevance; Cumulative evidence; Motion in Limine relative to legal conclusions (no. 53) [Docket Nos. 140, 157 and 316] |
| 24:16-18 | Relevance; Foundation; Cumulative evidence; Assumes facts not in evidence; Motion in Limine relative to handling of other claims (no. 33) [Docket Nos. 140 and 324] |
| 25:5-17 | Vague/Ambiguous; Relevance; Motion in Limine relative to handling of other claims (no. 33) [Docket No. 140 and 324] |
| 25:22-24 26:2-6 | Relevance; Foundation; Vague/ambiguous; Motion in Limine relative to handling of other claims and conduct of other insurers (no. 33 and no. 32) [Docket No. 324] |

| | |
|---|---|
| 26:15-16, 18-22 | Calls for legal conclusion; Foundation; Vague/ambiguous; Relevance; Motion in Limine relative to legal conclusions (no. 53) [Docket Nos. 140, 157, 316 and 324] |
| 27:15-17, 19-23 | Foundation; Vague/ambiguous; Calls for narrative; Asked and answered; Relevance; Motion in Limine relative to handling of other claims (no. 33) [Docket No. 324] |
| 27:25 28:1 | Foundation; Asked and answered; Vague/ambiguous; Calls for narrative; Relevance; Motion in Limine relative to handling of other claims (no. 33)[Docket No. 324] |
| 28:2-8 | Speculative; Relevance; Calls for narrative; Vague/Ambiguous; Relevance; Motion in Limine relative to handling of other claims (no. 33) [Docket No. 324] |
| 28:9-12, 14-20 | Calls for speculation; Opinion without personal knowledge; Vague/ambiguous; Foundation; Relevance; Motion in Limine relative to handling of other claims (no. 33) [Docket No. 324] |
| 28:22-23, 25, 29:1-3 | Argumentative; Assumes facts not in evidence; Foundation; Lack of knowledge/recall; Relevance; Motion in Limine relative to tender of partial payment (no.54) [Docket Nos. 316 and 324] |
| 29:4-19 | Lack of personal knowledge to testify; Cumulative evidence; Relevance; Vague/ambiguous; Motion in Limine relative to tender of partial payment (no.54) [Docket Nos. 316 and 324] |
| 29:20-22, 24-25 30:1-2 | Argumentative; Relevance; Foundation; Ambiguous/vague; Motion in Limine relative to handling of other claims (no.33) [Docket No. 324] |
| 30:4-5, 6 | Argumentative; Relevance; Foundation; Lack of knowledge; Vague/ambiguous |
| 30:9-12 | Relevance; Cumulative evidence; Motion in Limine relative to handling of other claims (no.33) [Docket No. 324] |
| 30:13-15 | Relevance; Cumulative evidence; Vague/ambiguous; Motion in Limine relative to handling of other claims (no.33) [Docket No. 324] |
| 30:16-18, 20 | Mischaracterizes prior testimony; Argumentative; Relevance; Prejudicial; Motion in Limine relative to handling of other claims (no.33) [Docket No. 324] |
| 30:21-25 31:1-2 | Vague/Ambiguous; Motion in Limine relative to handling of other claims (no.33) [Docket No. 324] |

| | |
|---|---|
| 31:3-5, 7-10 | Calls for narrative; Foundation; Relevance; Vague/ambiguous; Lack of knowledge; Motion in Limine relative to handling of other claims (no.33) [Docket No. 324] |
| 31:11-17 | STATE AUTO requests that the Court strike the extraneous dialogue; Relevance; Foundation; Vague/Ambiguous; Cumulative evidence |
| 31:18-21 | Relevance; Foundation; Vague/Ambiguous |
| 31:22-23 | STATE AUTO requests that the Court strike the extraneous dialogue; No question posed; Relevance; Vague/ambiguous |
| 31:24-25 32:1 | Calls for a legal conclusion; Relevance; Motion in Limine relative to testimony regarding legal conclusions (no.53) [Docket Nos. 140, 157, and 316] |
| 34:10-16 | Speculative; Relevance; Prejudicial; Ambiguous/Vague; Foundation; Lack of knowledge |
| 34:17-19, 21 | Relevance; Foundation; Ambiguous/Vague; Lack of personal knowledge; |
| 35:6-9, 11-18 | Argumentative; Foundation; Relevance; Prejudicial; Lack of personal knowledge; Motion in Limine relative to handling of other claims (no.33) [Docket No. 324] |
| 35:20-22, 23-25 36:1 | Foundation; Relevance; Ambiguous/Vague; Prejudicial; Argumentative |
| 36:8-9, 11 | Argumentative; Calls for legal conclusion; Calls for speculation; Calls for opinion without personal knowledge; Relevance |
| 36:22-25 | Speculative; Relevance; Prejudicial; Vague; Lack of personal knowledge to testify; Motion in Limine relative to the handling of other claims (no.33) [Docket No. 324] |
| 37:1-4, 6-8 | Relevance; Foundation; Calls for speculation; Calls for opinion without personal knowledge; Vague/Ambiguous; Prejudicial |
| 37:22-24 38:1 | Foundation; Relevance; Vague/ambiguous |
| 38:3-6 | Relevance; Cumulative evidence; Vague/ambiguous |
| 38:15-16 | Relevance; Prejudicial; Vague/ambiguous |
| 39:11-16 | STATE AUTO requests that the Court strike the extraneous dialogue; Relevance |
| 39:17, 19-20 | Foundation; Relevance |

| 39:22-23 | Relevance; Lack of personal knowledge |
|---|---|
| 39:24-25<br>40:1-8 | Relevance; Prejudicial; Cumulative evidence |
| 40:9-17 | Relevance; Motion in Limine relative to stipulations of pending matters (no.6) [Docket No. 324] |
| 40:18-23 | Relevance; Lack of recall/knowledge; Vague/ambiguous |
| 41:9-21 | Relevance; Vague/ambiguous |
| 41:22-24 | Relevance; Cumulative evidence; Prejudicial; Lack of knowledge |
| 41:25<br>42:1-3 | Relevance; Lack of knowledge/recall; Vague/ambiguous; Prejudicial |
| 42:4-11 | Relevance |
| 42:12-15 | Relevance; Prejudicial; Cumulative evidence; Lack of knowledge/recall |
| 42:16-18 | STATE AUTO requests that the Court strike the extraneous dialogue; Relevance; Improper question; Vague/ambiguous |
| 42:19-22 | Relevance; Vague/Ambiguous; Lack of knowledge/recall; Prejudicial; Motion in Limine relative to Gold Rule (no.23) [Docket Nos. 324] |
| 42:23-25<br>43:1-9 | Foundation; Relevance; Motion in Limine relative to failure to disclose policy limits (no. 66)[Docket Nos. 140, 157, 316, and 324] |
| 43:10-12, 14 | Foundation; Relevance; Motion in Limine relative to failure to disclose policy limits (no.66) [Docket Nos. 140, 157, 316, and 324] |
| 43:16-20 | Relevance; Prejudicial; Vague/ambiguous; Motion in Limine relative to Oklahoma Unfair Claims Settlement Practices Act (no.50)[Docket Nos. 140 and 157] |
| 43:21-25<br>44:1-2 | Relevance; Motion in Limine relative to Oklahoma Unfair Claims Settlement Practices Act (no.50)[Docket Nos. 140 and 157] |
| 44:3-4 , 7-9 | Foundation; Relevance; Calls for speculation; Calls for opinion without personal knowledge; Lack of knowledge; Vague/ambiguous; Motion in Limine relative to handling of other claims(no.33) [Docket Nos. 324] |
| 44:10-11, 16-24 | Relevance |
| 44:25<br>45:1-3 | Relevance; Lack of knowledge/recall |
| 45:4-8 | Relevance |

| | |
|---|---|
| 45:9, 11 | Argumentative; Relevance; Foundation; Assumes facts not in evidence |
| 45:12-25 | Relevance; Cumulative evidence |
| 46:1-17 | Relevance; Cumulative Evidence; Lack of knowledge |
| 46:18-24 | Relevance; Prejudicial; Lack of knowledge; Cumulative evidence |
| 46:25<br>47:1-7 | Relevance; Cumulative evidence |
| 47:8-13, 20-24 | Relevance; Cumulative evidence |
| 47:25<br>48:1-14 | Relevance; Cumulative evidence; Motion in Limine relative to stipulations (no.6) [Docket No. 324] |
| 48:15-25<br>49:1-4 | Relevance; Cumulative evidence; Narrative; Prejudicial; Lack of personal knowledge to testify; Foundation; Motion in Limine relative to evidence of Plaintiff's accident (no.51)[Docket Nos. 140, 157 and 316] |
| 49:5-7 | Relevance; Speculative; Lack of personal knowledge to testify; Prejudicial |
| 50:4-8 | Relevance; Vague/ambiguous; Lack of personal knowledge; Cumulative evidence |
| 50:9-18 | Relevance; Cumulative evidence; Motion in Limine relative to stipulations (no.6) [Docket Nos. 140 and 324] |
| 50:19-22, 24 | Foundation; Relevance; Lack of knowledge; Vague/ambiguous |
| 51:1-6 | Relevance; Vague/ambiguous; Cumulative evidence |
| 51:7-9, 11-12 | Foundation; Relevance; Vague/ambiguous |
| 51:13-18 | STATE AUTO requests that the Court strike the extraneous dialogue; Relevance; Improper question; Vague/ambiguous |
| 51:19-22 | Relevance; Cumulative evidence |
| 51:23-25<br>52:1-6 | Speculative; Relevance; Prejudicial; Improper question |
| 52:7-9, 11-17 | Calls for speculation; Relevance; Leading; Vague/ambiguous |
| 52:19-22, 24<br>53:1-3 | Argumentative; Leading; Relevance; Foundation; Vague/ambiguous |
| 53:4, 6 | Relevance; Calls for speculation; Calls for opinion without personal knowledge; Foundation; Vague/ambiguous; Motion in Limine relative to handling of other claims (no.33)[Docket Nos. 140, 157, and 316] |

| | |
|---|---|
| 53:8-9, 11-14 | Relevance; Foundation; Calls for speculation; Vague/ambiguous; Cumulative evidence |
| 53:15-17, 18, 22-23 | Foundation; Vague/ambiguous; Calls for speculation; Relevance; Calls for speculation |
| 53:25 54:1-2, 5-6 | Mischaracterizes prior testimony; Relevance; Foundation; Lack of personal knowledge; Argumentative; Vague/ambiguous |
| 54:7-12 | Relevance; Speculative; Prejudicial; Vague/ambiguous; Foundation; Motion in Limine relative to handling of other claims (no.33) [Docket Nos. 140 and 324] |
| 54:13-18 | Relevance; Cumulative; Harassment; Vague/ambiguous; Foundation; Motion in Limine [Docket Nos. 140, 157, and 324] |
| 54:19-21 | Relevance; Cumulative; Speculative; Personal knowledge to testify; Vague/ambiguous; Foundation; Motion in Limine relative to handling of other claims (no.33) [Docket Nos. 140 and 324] |
| 54:22-25 55:1-7 | Relevance; Cumulative; Speculative; Personal knowledge to testify; Vague/ambiguous; Foundation; |
| 55:8-11 | Relevance; Prejudicial; Cumulative |
| 55:12-15 | Relevance; Speculative |
| 55:16-22 | Relevance; Speculative; Cumulative |
| 55:23-25 56:1-8 | Relevance; Speculative; Narrative; Lack of personal knowledge to testify; Motion in Limine relative to handling of other claims (no.33)[Docket No. 324] |
| 56:9-10, 12-13 | Assumes facts not in evidence; Argumentative; Leading; Foundation; Relevance |
| 56:15, 17-18 | Asked and answered; Foundation; Relevance |
| 56:19-24 | Relevance; Cumulative evidence; Question states legal conclusion; Motion in Limine relative to Oklahoma Unfair Claims Settlement Practices Act (no.50) [Docket Nos. 140, 157, and 316] |
| 56:25 57:1-3 | Calls for a legal conclusion; Relevance; Lack of knowledge/recall; Question misstates Oklahoma law; Motion in Limine relative to Oklahoma Unfair Claims Settlement Practices Act and legal conclusions (no.50) [Docket Nos. 140, 157, and 316] |
| 57:4-6, 8 | Foundation; Relevance; Argumentative; Prejudicial |

| | |
|---|---|
| 57:24-25<br>58:1, 3-7 | Foundation; Relevance; Vague/ambiguous; Cumulative evidence |
| 58:8-10, 12 | Leading; Argumentative; Foundation; Asked and answered; Relevance; Vague/ambiguous |
| 58:13-16, 18 | Foundation; Relevance; Motion in Limine relative to handling of other claims (no.33)[Docket Nos. 140, 157, and 324] |
| 58:19-25<br>59:1-3 | STATE AUTO requests that the Court strike the extraneous dialogue; Improper question; Vague/ambiguous; Relevance |
| 59:4-12 | Relevance; Prejudicial; Vague/ambiguous |
| 59:13-16 | Relevance; Motion in Limine relative to stipulations (no.6)[Docket Nos. 140 and 324] |
| 59:18-19, 22 | Calls for speculation; Opinion without personal knowledge; Lack of knowledge; Foundation; Relevance; Prejudicial; Confusing |
| 59:23-25<br>60:2-5 | Argumentative; Relevance; Foundation; Assumes facts not in evidence; Vague/ambiguous |
| 60:6-11 | Relevance; Cumulative evidence; Lack of knowledge/recall |
| 60:12-13, 15-17 | Asked and answered; Lack of knowledge; Foundation; Relevance; Vague/ambiguous |
| 60:18-22, 24-25<br>61:1 | Calls for speculation; Narrative; Asked and answered; Opinion without personal knowledge; Foundation; Relevance; Lack of knowledge; Argumentative |
| 61:2-3, 5 | Mischaracterizes prior testimony; Relevance; Foundation; Argumentative; Prejudicial |
| 61:6-11 | Relevance; Prejudicial; Answer is not responsive to question posed; Lack of personal knowledge to testify; Mischaracterizes prior testimony |
| 61:12, 14 | Foundation; Relevance; Calls for speculation; Prejudicial |
| 61:15-18 | Relevance; Calls of speculation; Prejudicial |
| 61:19-21, 24-25 | Foundation; Relevance; Assumes facts not in evidence; Argumentative; No question posed |
| 62:1-4, 6 | Foundation; Relevance; Prejudicial; Misstates prior testimony; Vague/ambiguous |

| | |
|---|---|
| 62:15-25<br>63:1-2 | Relevance; Personal knowledge to testify; Speculative; Motion in Limine relative to legal conclusions(no.53) [Docket Nos. 140, 157, and 324]; Calls for a legal conclusion |
| 63:3-5 | Relevance; Prejudicial; Speculative; Personal knowledge to testify |
| 63:6-8 | Vague/Ambiguous; Relevance |
| 63:9-12 | Relevance; Motion in Limine relative to post-litigation conduct (no. 52)[Docket Nos. 140, 157, and 316] |
| 63:13-14 | Relevance |
| 64:24-25<br>65:1-3, 5 | Relevance; Cumulative evidence; Asked and answered; Vague/Ambiguous |
| 65:7-24 | Relevance; Motion in Limine relative to reserves (no.49)[Docket No. 316] |
| 65:25<br>66:1-2, 10-13 | Argumentative; Foundation; Relevance; Cumulative evidence; Motion in Limine relative to reserves (no.49)[Docket No. 316] |
| 66:14-25<br>67:1-8 | Relevance; Cumulative evidence; Motion in Limine relative to reserves (no.49) [Docket No. 316] |
| 67:22-25 | Relevance; Hearsay; Foundation; Motion in Limine relative to reserves (no.49) [Docket No. 316] |
| 68:1-9 | Relevance; Speculative; Motion in Limine relative to reserves (no.49)[Docket No. 316] |
| 68:10-20 | Relevance; Speculative; Personal knowledge to testify; Motion in Limine relative to reserves (no.49) [Docket No. 316] |
| 68:21-24, 25 | Foundation; Ambiguous/vague; Relevance; Personal knowledge to testify |
| 69:3-6 | Relevance; Speculative; Cumulative evidence; Personal knowledge to testify; Foundation |
| 69:10-13, 15-20 | No question posed; Calls for narrative; Relevance; Lack of recall/knowledge; Asked and answered |
| 69:21-24 | Relevance; Speculative; Foundation; Motion in Limine [Docket Nos. 140 and 157] |
| 69:25<br>70:1-3, 5 | Foundation; Relevance; Calls for speculation; Vague/ambiguous |
| 70:7-13 | Relevance; Lack of knowledge/recall; Prejudicial; Motion in Limine relative to reserves (no.49) [Docket Nos. 316] |

| | |
|---|---|
| 72:8-10, 12-15 | Foundation; Relevance; Prejudicial; Motion in Limine relative to reasons why State Auto employees terminated employment (no.62)[Docket Nos. 316] |
| 74:2-5, 7 | Argumentative; Foundation; Relevance; Assumes facts not in evidence; Motion in Limine relative to letters after Plaintiff retained counsel (no.57)[Docket Nos. 140, 157, and 316] |
| 74:8-10, 12-14 | Calls for speculation; Foundation; Relevance; Prejudicial; Cumulative evidence; Motion in Limine relative to letters after Plaintiff retained counsel (no.57)[Docket Nos. 140, 157, and 316] |
| 75:3-5, 7-9 | Relevance; Foundation; Vague/ambiguous; Prejudicial; Motion in Limine relative to State Auto employee compensation(no.30) [Docket No. 324] |
| 75:10-13, 15-22 | Lack of knowledge/ recall; Calls for speculation; Calls for opinion without personal knowledge; Vague; Foundation; Relevance; Prejudicial; Motion in Limine relative to State Auto employee compensation(no.30) [Docket No. 324] |
| 76:14-15, 17-21 | Relevance; Foundation; Vague/ambiguous; Lack of personal knowledge; Motion in Limine and Motion for Summary Judgment relative to punitive damages [Docket No. 288 and 324] |
| 77:24<br>78:1, 3-4 | Relevance; Foundation; Motion in Limine relative to State Auto employee compensation (no.30) [Docket No. 324] |
| 78:5-8, 10 | Relevance; Foundation; Vague/ambiguous; Lack of personal knowledge; Motion in Limine relative to State Auto employee compensation(no.30) [Docket No. 324] |
| 78:11-14, 16 | Relevance; Foundation; Prejudicial; Speculation; Lack of personal knowledge; Motion in Limine relative to State Auto employee compensation (no.30) [Docket No. 324] |
| 78:18-19, 20 | Argumentative; Leading; Relevance; Foundation; Motion in Limine and Motion for Summary Judgment relative to punitive damages [Docket Nos. 140, 288, and 324] |
| 79:6-8 | Relevance; Cumulative evidence; Prejudicial; Motion in Limine and Motion for Summary Judgment relative to punitive damages [Docket Nos. 140, 288, and 324] |
| 79:9-10 | Relevance; Speculative; Lack of knowledge/recall; Motion in Limine and Motion for Summary Judgment relative to punitive damages [Docket Nos. 140, 288, and 324] |

| | |
|---|---|
| 80:6-7, 9-11 | Relevance; Foundation; Vague/ambiguous; Lack of knowledge/recall; Prejudicial; Motion in Limine relative to handling of other claims (no.33)[Docket No. 140 and 324] |
| 80:12-18 | Relevance; Prejudicial; Narrative; Vague/ambigous; Motion in Limine relative to handling of other claims (no.33)[Docket No. 140 and 324] |
| 80:19-20, 21 | Argumentative; Foundation; Relevance; Calls for speculation; Motion in Limine relative to handling of other claims (no.33)[Docket No. 140 and 324] |
| 80:25<br>81:1 | Argumentative; Relevance; Prejudicial; Motion in Limine relative to handling of other claims (no.33) [Docket No. 140 and 324] |
| 81:13-14, 16 | Foundation; Relevance; Vague/ambiguous; Motion in Limine relative to handing of other claims and post-litigation conduct (no.33 and no. 52) [Docket No. 316 and 324] |
| 81:17-21 | Relevance; Cumulative evidence; Motion in Limine relative to handling of other claims and post-litigation conduct (no.33 and no. 52)[Docket No. 316 and 324] |
| 81:22, 24-25 | Foundation; Relevance; Motion in Limine relative to handling of other claims (no.33) [Docket No. 324] |
| 82:1-5 | Relevance; Prejudicial; Personal knowledge to testify; Foundation; Motion in Limine and Motion for Summary Judgment relative to punitive damages [Docket Nos. 140, 288, and 324] |
| 82:6-8, 10 | Argumentative; Leading; Foundation; Relevance; Prejudicial/confusing; Motion in Limine and Motion for Summary Judgment relative to punitive damages [Docket Nos. 288 and 324] |
| 82:11-12, 14 | Calls for speculation; Calls for opinion without personal knowledge; Foundation; Relevance; Prejudicial; Motion in Limine and Motion for Summary Judgment relative to punitive damages [Docket Nos. 288 and 324] |
| 82:16-17, 19-20 | Foundation; Relevance; Lack of knowledge/recall; Prejudicial; Motion in Limine relative to State Auto employee compensation (no.30) [Docket No. 324] |
| 82:21-22, 24 | Asked and answered; Relevance; Prejudicial; Motion in Limine relative to State Auto employee compensation (no.30)[Docket No. 324] |
| 83:1-3 | Relevance; Cumulative evidence; Ambiguous; Prejudicial; Motion in Limine relative to State Auto employee compensation (no.30)[Docket No. 324] |

| | |
|---|---|
| 83:4, 6-11 | Foundation; Relevance; Lack of knowledge/recall; Prejudicial; Motion in Limine relative to State Auto employee compensation (no.30)[Docket No. 324] |
| 83:12-15 | Relevance; Cumulative evidence; Prejudicial; Motion in Limine relative to State Auto employee compensation and punitive damages (no.30)[Docket No. 288 and 324] |
| 84:16-25<br>85:13-25<br>86:1-7 | STATE AUTO requests that the Court strike the extraneous dialogue; Vague/ambiguous; Improper question; Relevance; Prejudicial; Motion in Limine relative to stipulations(no.6) [Docket No. 324] |

Respectfully submitted,

**ROBINETT & MURPHY**

By: /s/ *Pansy Moore-Shrier*
Lawrence R. Murphy, Jr., OBA No. 17681
Pansy Moore-Shrier, OBA No. 20289
Mariann M. Atkins, OBA No. 30475
624 South Boston Avenue, Suite 900
Tulsa, Oklahoma 74119
(918) 592-3699
(918) 592-0963 (*facsimile*)

*Attorneys for Defendant State Auto Property & Casualty Insurance Company*

## Certificate of Service

I hereby certify that on August 1, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Richard S. Toon, Esq.
*Richtoon@toonosmond.com*

Cyrus N. Lawyer, Esp.
*Natelawyer@toonosmond.com*

Brian J. Goree, Esq.
*Briangoree@toonosmond.com*

*/s/ Pansy Moore-Shrier*
Pansy Moore-Shrier