## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BLAKE HIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-CV-090-JHP-TLW |
| | ) | |
| STATE AUTO PROPERTY & | ) | |
| CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT STATE AUTO
### PROPERTY & CASUALTY INSURANCE COMPANY'S
### AMENDED INFORMATION REGARDING THE DEPOSITION OF GARY MORRIS

Defendant State Auto Property & Casualty Insurance Company ("STATE AUTO") submits its

Amended Information Regarding the Deposition of Gary Morris, pursuant to this Court's instructions

at the pretrial conference conducted on June 28, 2012. STATE AUTO believes that it fulfilled its duty

to meet and confer, in a good faith effort to resolve disputes pursuant to LCvR 30.1, but was unable

to reach an agreement.

Initially, STATE AUTO requests that this Court exclude the whole of Gary Morris' testimony

as much of the testimony designated by Plaintiff (and, thus, necessarily counter-designated by STATE

AUTO) violates the Court's rulings on STATE AUTO's Motions in Limine. Further, the testimony is

cumulative of the anticipated live witness testimony at the jury trial and Plaintiff's other deposition

designations. Subject to these general objections, STATE AUTO submits the following:

**Defendant STATE AUTO's Amended Designations**:[1]

4:14, 15
6:10-14
7:3-18, 21-23
8:2, 8-11, 14-24
9:1-3, 6, 7
10:19-24
11:1-5, 8-13
17:10, 11, 13-17, 19, 20
20:7-10
21:2-4, 6-9, 11-24
22:1-3, 10-19
23:2, 3, 20-24
24:1-12
28:18-22
29:18-20, 22-24
30:1, 2
33:10-12, 14
35:14-16, 18
40:24
41:1-3, 5, 6, 8-11, 13-24
42:1-8, 10, 12, 13, 21-24
43:1-4, 6-9, 12-15, 19-21
44:4-7, 16-24
45:1-10, 24
46:1, 2 5-9
47:12-17, 19
48:8, 9, 11, 13-24
49:1-3, 5-8, 16-19
51
53:13-15, 18-21
54:10, 11, 13
59:14-24
60:1-9, 12-24
61:1, 2, 5, 7-12, 20-22
62:1-4, 7-11
69:14-23
70: 1, 2, 4-8, 10-14, 16-23

---

[1]Amendment to STATE AUTO's Designations were made solely based upon this Court's ruling, including the Motions for Summary Judgment and Motions in Limine.  Should this Court later revise its rulings, STATE AUTO reserves the right to re-urge its original designations.

83:16-19
86:19, 21-24
87:2, 3
90:1, 3-23
91:9-24
92:1-15, 17-24
93:4-19
94:22-24
95:1-12, 15-24
96:1-14
98:4-17
100:1-6

## Defendant STATE AUTO's Amended Counter Designations:[2]

13:5-7
26:2-4, 15-23
36:6-8
41:5-6, 8-11, 13-24
42:1-5
44:9, 16-24
45:1-10
48:8-9, 11, 13-24
49:1-3, 5-8, 16-19
53:13-15
61:1-2, 5-12
77:15-19
83:16-19
89:23-24
110
113
118:1, 3, 4

---

[2] STATE AUTO objects to admission of the related testimony designated by Plaintiff that is excluded or subject to STATE AUTO's Motions in Limine, granted, and/or that may be reurged at trial.

**Defendant STATE AUTO's Amended Objections:**

| Testimony Designated or Counter-Designated by Plaintiff | Objections |
|---|---|
| 6:18-19 | Relevance |
| 6:20-22 | Speculative; Personal knowledge to testify; Prejudicial; Foundation |
| 6:23-24 7:1-2 | Speculative; Lack of knowledge; Relevance; Prejudicial; Foundation |
| 8:12-13 | STATE AUTO requests that the Court strike the extraneous dialogue |
| 9:1-3, 6-7 | Handling of any other claims |
| 9:8-10 | Relevance; Cumulative evidence |
| 9:11-22 | Relevance; Lack of knowledge/recall; Foundation; Prejudicial; Cumulative evidence; Assumes facts not in evidence |
| 9:23-24 | Motion in Limine regarding reserves |
| 10:1-7 | Motion in Limine regarding reserves |
| 10:6-7 | Relevance; Lack of knowledge/recall; Prejudicial; Cumulative evidence |
| 11:14-15, 17-19 | Argumentative; Foundation; Relevance; Assumes facts not in evidence; Vague; Ambiguous |
| 11:20-24 12:1-9 | Relevance; Cumulative evidence; Prejudicial |
| 12:21-22 | Golden Rule; Testimony regarding employees "proud" of how Plaintiff was treated |
| 13:1-2 | Golden Rule; Testimony regarding employees "proud" of how Plaintiff was treated |
| 14:12-16 | Relevance; Speculative; Vague/Ambiguous; Foundation; Lack of knowledge |
| 14:17-19 | Relevance; Foundation; Vague/Ambiguous |
| 14:20-23 | Relevance; Vague/Ambiguous; Motion in Limine regarding reference that any 1 person owed duty of good faith to Plaintiff |

| 14:24, 15:1-2, 4-5 | Argumentative; Foundation; Assumes facts not in evidence; Vague/Ambiguous; Compound |
|---|---|
| 15:10-12, 14-15 | Vague/Ambiguous; Foundation; Assumes facts not in evidence; Argumentative; Calls for speculation; Lack of knowledge; Relevance |
| 15:16-20 | Vague/Ambiguous; Foundation; Lack of knowledge/recall |
| 15:21-23 16:1 | Relevance; Foundation; Calls for speculation |
| 16:2-4 | Foundation; Relevance; Prejudicial |
| 16:8-24 | Speculative; Vague/Ambiguous; Relevance; Prejudicial; Evidence regarding handling of any other claim other than Plaintiff |
| 17:1-6 | Relevance; Ambiguous; Prejudicial |
| 17:7-9 | Prejudicial; Relevance; Vague/Ambiguous |
| 17:23-24 18:1-13 | Relevance; Prejudicial; Foundation; Speculative; Vague/Ambiguous; Confusing; Motion in Limine regarding no mention of a duty to tender partial payment |
| 18:20-24 19:1 | Relevance; Cumulative evidence |
| 19:2-6 | Relevance; Lack of knowledge/recall; Vague/Ambiguous |
| 19:11-20 | Relevance; Prejudicial; Improper instruction |
| 20:3-6 | Relevance; Cumulative evidence |
| 20:11-12 | Relevance; Vague/Ambiguous; Prejudicial |
| 20:13-14, 16-17 | Argumentative; Assumes facts not in evidence; Calls for opinion without personal knowledge; Calls for speculation; Lack of knowledge; Relevance; Prejudicial |
| 20:18-24 21:1 | Foundation; Assumes facts not in evidence; Speculative; Relevance; Prejudicial |
| 22:4-5, 8-9 | Relevance; Cumulative evidence; Vague/Ambiguous; Testimony regarding treating Plaintiff's claim as 3rd party vs. 1st party; Motion in Limine regarding statements regarding how other insurers handle UM/UIM claims |
| 22:22-24 23:1 | Relevance; Calls for a legal conclusion; Vague/Ambiguous; Lack of knowledge/recall; Prejudicial |

| 23:4-15 | Relevance; Cumulative evidence; Calls for a legal conclusion; Lack of knowledge/recall; Prejudicial |
|---|---|
| 23:16-19 | STATE AUTO requests that the Court strike the extraneous dialogue; Relevance |
| 24:13-15 | Relevance; Foundation; Lack of knowledge/recall; Vague/Ambiguous |
| 24:16-23 | Relevance; Foundation |
| 24:24<br>25:1-2 | STATE AUTO requests that the Court strike the extraneous dialogue; Relevance |
| 25:3-8 | Relevance; Lack of knowledge/recall; Ambiguous; Relevance |
| 25:9-10 | STATE AUTO requests that the Court strike the extraneous dialogue; Relevance |
| 25:21-24<br>26:1 | We counter-designated such that taking this out would make it read weird–how do you want to handle that?? |
| 26:24<br>27:1-2, 4-6 | Argumentative; Foundation; Relevance; Lack of recall |
| 27:7-18 | Foundation; Assumes facts not in evidence; Relevance; Vageu/Ambiguous |
| 27:19-20; 22-24<br>28:1-5 | Mischaracterizes prior testimony; Argumentative; Foundation; Relevance; Prejudicial |
| 28:6-13 | Relevance; Foundation; Prejudicial; Assumes facts not in evidence; Vague/Ambiguous |
| 28:14-15, 17 | Relevance; Mischaracterizes prior testimony; Argumentative; Prejudicial |
| 28:23-24<br>29:1-6 | Relevance; Vague/Ambiguous; Narrative |
| 29:7-16 | Relevance; Vague/Ambiguous |
| 30:3-5 | Calls for speculation; Personal knowledge to testify; Relevance; Foundation |
| 30:8-9, 11-13 | Foundation; Relevance; Vague/Ambiguous; Prejudicial; Violates Order on Motion in Limine regarding employee pay |
| 30:14-16, 18-20 | Relevance; Prejudicial; Vague/Ambiguous; Violates Order on Motion in Limine regarding employee pay |
| 30:21-22, 24 | Relevance; Lack of knowledge/recall; Prejudicial; Violates Order on Motion in Limine regarding employee pay |

6

| | |
|---|---|
| 31:1-2, 4 | Asked and answered; Relevance; Vague/Ambiguous; Prejudicial; Violates Order on Motion in Limine regarding employee pay |
| 31:5-13 | Relevance; Prejudicial; Vague/Ambiguous; Lack of knowledge; Cumulative evidence; Violates Order on Motion in Limine regarding employee pay |
| 31:14-15, 17-18 | Foundation; Relevance; Asked and answered; Prejudicial; Lack of recall; Violates Order on Motion in Limine regarding employee pay |
| 32:4-12 | Foundation; Relevance; Speculative |
| 32:13-24 33:1-2 | Relevance; Speculative; Cumulative evidence; Narrative |
| 33:15-17 | Relevance; Prejudicial; Speculative; Foundation |
| 34:8-13 | Speculative; Foundation; Relevance; Personal knowledge to testify |
| 34:14-24 35:1-12 | Relevance; Cumulative evidence; Vague/Ambiguous; Contains extraneous dialogue |
| 35:19-22, 24 36:1-3 | Argumentative; Assumes facts not in evidence; Foundation; Relevance; Vague/Ambiguous |
| 36:17-24 37:1-8 | No question posed; Narrative; Relevance; Evidence about any clerical/typographical errors in claim file |
| 37:9-21 | Relevance; Foundation; Speculative; Prejudicial; Cumulative evidence |
| 37:22-24 38:2-3 | Argumentative; Foundation; Relevance |
| 38:4-5, 7-15 | Foundation; Relevance; Vague/Ambiguous |
| 38:18-24 | Relevance; Speculative; Prejudicial; Vague/Ambiguous; Cumulative evidence |
| 39:1-2 | Relevance; Cumulative evidence; Prejudicial |
| 39:3-5 | Relevance; Cumulative evidence |
| 40:13-14, 16-18 | Relevance; Speculative; Personal knowledge to testify |
| 40:19-23 | Relevance; Speculative; Prejudicial |
| 42:14-16, 18-20 | Calls for legal conclusion; Argumentative; Foundation; Vague/Ambiguous |
| 43:6-9, 11 | Calls for speculation; Argumentative; Foundation; Relevance; Vague/Ambiguous; Prejudicial |

7

| | |
|---|---|
| 43:19-24 | Relevance; Cumulative evidence; Foundation; Prejudicial |
| 45:17-23 | Relevance |
| 45:11-14 | Objection to procedure (easel) |
| 46:13-24 47:1, 3-7 | Relevance; Cumulative evidence; Prejudicial |
| 47:9-11 | STATE AUTO requests that the Court strike the extraneous dialogue |
| 47:18 | STATE AUTO requests that the Court strike the objection |
| 48:10, 12 | STATE AUTO requests that the Court strike the objections |
| 49:9-14 | Foundation; Relevance; Asked and answered; Vague/Ambiguous; Cumulative evidence |
| 49:20, 22-23 | Relevance; Ambiguous; Calls for speculation; Calls for narrative; Cumulative evidence |
| 49:24 50:1, 3-4 | Calls for speculation; Opinion without personal knowledge; Lack of knowledge; Relevance; Asked and answered; Cumulative evidence |
| 50:5-14 | Relevance; Vague/Ambiguous; Cumulative evidence |
| 51:7 | STATE AUTO requests that the Court strike the extraneous dialogue |
| 51:23-24 52:1-4 | Relevance; Vague/Ambiguous; Prejudicial; Violates Order on Motion in Limine regarding reserves |
| 52:11-16 | Relevance; Prejudicial; Violates Order on Motion in Limine regarding reserves |
| 52:17-19, 21-22 | Foundation; Relevance; Argumentative; Prejudicial; Mischaracterizes prior testimony; Violates Order on Motion in Limine regarding reserves |
| 53:6-7, 9-12 | Relevance; Asked and answered; Vague/Ambiguous; Prejudicial; Violates Order on Motion in Limine regarding reserves |
| 53:24 54:1-9 | Relevance; Cumulative evidence; Foundation |
| 54:15-24 | Relevance; Prejudicial; Vague/Ambiguous; Foundation; Violates Order on Motion in Limine regarding reserves |
| 55:1-7 | Relevance; Prejudicial; Speculative; Vague/Ambiguous; Violates Order on Motion in Limine regarding reserves |
| 55:8-17 | Relevance; Prejudicial; Contains extraneous dialogue |

| 56:19-22 | Relevance; Vague/Ambiguous; Foundation; Prejudicial; Assumes facts not in evidence; Violates Order on Motion in Limine regarding reserves |
|---|---|
| 56:23<br>57:1-11 | Relevance; Ambiguous/Vague; Harassment; Contains extraneous dialogue; Prejudicial; Answer is non-responsive to question; Violates Order on Motion in Limine regarding reserves |
| 57:12-18 | STATE AUTO requests that the Court strike the extraneous dialogue |
| 58:7-9, 11 | Foundation; Relevance; Vague/Ambiguous; Lack of recall/knowledge; Prejudicial; Personal knowledge to testify |
| 58:12-14 | Relevance; Prejudicial; Cumulative evidence; Foundation |
| 58:15-16 | Relevance; Prejudicial; Cumulative evidence; Speculative |
| 58:17-18, 20 | Argumentative; Foundation; Relevance; Ambiguous/Vague; Speculative; Prejudicial |
| 58:23-24<br>59:1, 3 | Argumentative; Cumulative evidence; Prejudicial; Foundation; Relevance; Personal knowledge to testify; Hearsay |
| 59:8-9, 11-13 | Argumentative; Relevance; Assumes facts not in evidence; Ambiguous/Vague |
| 60:8-9, 12-15 | Argumentative; Relevance; Assumes facts not in evidence |
| 62:5-6 | STATE AUTO requests that the Court strike the objection |
| 62:12-14 | Personal knowledge to testify; Relevance; Vague/Ambiguous; Speculative; Prejudicial; Foundation; Hearsay |
| 62:15-20 | Relevance; Cumulative evidence; Document violates Order on Motion in Limine regarding reserves |
| 62:21-24 | Assumes facts not in evidence; Foundation; Relevance; Prejudicial; Mischaracterizes testimony; Document violates Order on Motion in Limine regarding reserves; Failure to reveal policy limits |
| 63:1-24<br>64:1-10 | Relevance; Cumulative evidence; Foundation; Personal knowledge to testify; Document violates Order on Motion in Limine regarding reserves |
| 64:16 | Relevance |
| 65:2-12 | Relevance; Cumulative evidence; Prejudicial; Personal knowledge; Violates Order on Motion on Limine regarding reserves |
| 65:13-14, 16 | Calls for speculation; Opinion without personal knowledge; Relevance; Prejudicial; Document violates Order on Motion in Limine regarding reserves |

9

| | |
|---|---|
| 65:23-24<br>66:1 | Personal knowledge to testify; Foundation; Relevance; Speculative; Document violates Order on Motion in Limine regarding reserves |
| 66:2-4, 6-7 | Mischaracterizes prior testimony; Calls for speculation; Relevance; Argumentative; Vague/Ambiguous; Document violates Order on Motion in Limine regarding reserves |
| 66:8-15 | Relevance; Prejudicial; Cumulative evidence; Document violates Order on Motion in Limine regarding reserves |
| 66:18-25<br>67:1 | Relevance; Prejudicial; Cumulative evidence; Mischaracterizes prior testimony; Speculative; Argumentative |
| 67:2-4 | Relevance; Cumulative evidence; Document violates Order on Motion in Limine regarding reserves |
| 67:5-6, 8-10 | Relevance; Vague/Ambiguous; Speculative; Personal knowledge to testify; Prejudicial; Violates Order on Motion in Limine regarding reserves |
| 67:11-14 | Relevance; Prejudicial; Cumulative evidence; Document violates Order on Motion in Limine regarding reserves |
| 67:15-19, 21-24<br>68:1-4 | Argumentative; Personal knowledge to testify; Speculative; Vague/Ambiguous; Prejudicial; Foundation; Relevance; Contains extraneous dialogue; Violates Order on Motion in Limine regarding reserves |
| 68:5-11 | Ambiguous; Speculative; Foundation; Prejudicial; Personal knowledge to testify; Violates Order on Motion in Limine regarding reserves; Motion in Limine regarding damages for future medical/lost wages |
| 70:4-8, 10-12 | Relevance; Calls for legal conclusion |
| 71:12-23 | Relevance; Prejudicial; Speculative; Foundation; Cumulative evidence; Contains extraneous dialogue; Violates Order on Motion in Limine regarding reserves |
| 71:24<br>72:1-2 | Relevance; Cumulative evidence; Prejudicial; Vague/Ambiguous; Violates Order on Motion in Limine regarding reserves |
| 72:24<br>73:1-11 | Relevance; Cumulative evidence; Violates Order on Motion in Limine regarding reserves |
| 73:12-13, 15-16 | Calls for speculation; Relevance; Opinion without personal knowledge; Vague/Ambiguous; Document violates Order on Motion in Limine regarding reserves |
| 73:17-22 | Relevance; Cumulative evidence; Document violates Order on Motion in Limine regarding reserves |

| | |
|---|---|
| 73:23-24<br>74:1-4 | Relevance; Speculative; Vague/Ambiguous; Violates Order on Motion in Limine regarding reserves |
| 74:5-10 | Relevance; Cumulative evidence; Document violates Order on Motion in Limine regarding reserves |
| 74:16-18 | Relevance; Cumulative evidence; Document violates Order on Motion in Limine regarding reserves |
| 74:19-21 | Relevance; Vague/Ambiguous; Speculative; Document violates Order on Motion in Limine regarding reserves |
| 74:22-25<br>75:1 | Relevance; Prejudicial; Foundation; Lack of knowledge/recall; Document violates Order on Motion in Limine regarding reserves |
| 75:6-8, 10-24 | Relevance; Prejudicial; Personal knowledge; Foundation; Document violates Order on Motion in Limine regarding reserves |
| 76:1-5, 9-24 | Relevance; Prejudicial; Personal knowledge; Foundation; Document violates Order on Motion in Limine regarding reserves; Evidence about clerical/typographical errors in claim file |
| 76:4-6 | STATE AUTO requests that the Court strike the extraneous dialogue; Relevance; Vague/Ambiguous |
| 77:1-2, 5-10, 12-14 | Relevance; Prejudicial; Personal knowledge; Foundation; Document violates Order on Motion in Limine regarding reserves: Evidence about clerical/typographical errors in claim file |
| 77:1, 5-10, 12-14 | Relevance; Document violates Order on Motion in Limine regarding reserves; Prejudicial; Evidence about clerical/typographical errors in claim file |
| 77:20-23<br>78:1 | Objection to process; No question posed; Relevance; Prejudicial; Document violates Order on Motion in Limine regarding reserves |
| 78:9-15 | Relevance; Cumulative evidence; Contains extraneous dialogue; Document violates Order on Motion in Limine regarding reserves |
| 78:21-24<br>79:1-2 | Relevance; Foundation; Vague/Ambiguous; Narrative; Violates Order on Motion in Limine regarding reserves |
| 79:7-10 | Relevance; Cumulative evidence |
| 79:11-12, 14-15 | Relevance; Lack of knowledge |
| 79:16-17, 19 | Argumentative; Assumes facts not in evidence; Relevance; Lack of knowledge; Foundation |
| 80:2-3, 5-6 | Asked and answered; Relevance; Cumulative evidence |

| 80:7-14 | Relevance; Personal knowledge to testify; Cumulative evidence |
|---|---|
| 80:15-16, 19 | Asked and answered; Relevance; Vague/Ambiguous; Cumulative evidence |
| 80:20-23, 24 | Objection to process; Relevance; Prejudicial |
| 81:4-6 | Relevance; Cumulative evidence |
| 81:7-10 | Cumulative evidence; Relevance; Document violates Order on Motion in Limine regarding reserves |
| 81:13-16 | Relevance; Cumulative evidence |
| 81:19-24 | Vague/Ambiguous; Relevance; Speculative; Cumulative evidence |
| 82:1-11 | Cumulative evidence; Speculative; Relevance; Document violates Order on Motion in Limine regarding reserves |
| 82:12, 14-16, 23-24 83:1-2 | Objection to process; Argumentative; Prejudicial; Speculative; Relevance |
| 83:4-11 | Personal knowledge to testify; Relevance; Speculative; Vague/Ambiguous; Prejudicial; Foundation; Document violates Order on Motion in Limine regarding reserves |
| 84:1-9, 11-18, 21-23 85:1-4 | Relevance; Foundation; Assumes facts not in evidence; Prejudicial; Lack of knowledge |
| 86:19, 21-22 | Argumentative; Foundation; Calls for legal conclusion; Relevance; Cumulative evidence |
| 86:23-24 87:2-3 | Relevance; Foundation; Cumulative evidence |
| 87:4-7 | Relevance; Cumulative evidence; Document violates Order on Motion in Limine regarding reserves |
| 87:8, 10 | Argumentative; Relevance; Vague/Ambiguous; Hearsay; Document violates Order on Motion in Limine regarding reserves |
| 87:11-15 | Relevance; Cumulative evidence; Hearsay; Document violates Order on Motion in Limine regarding reserves |
| 87:17-21 | Relevance; Cumulative evidence; Vague/Ambiguous; Document violates Order on Motion in Limine regarding reserves; Failure to reveal policy limits |
| 87:22-24 88:1 | Relevance; Foundation; Prejudicial; Lack of knowledge/recall; Failure to reveal policy limits |

| 88:2-3 | Personal knowledge to testify; Relevance; Prejudicial |
|---|---|
| 89:6-11 | Relevance; Prejudicial; Personal knowledge to testify; Foundation; Assumes facts not in evidence; Evidence about George Gartelos working from home |
| 90:3-23 | Violates Order on Motion in Limine regarding reserves |
| 91:5-8 | Cummulative |
| 94:2-16 | Relevance; Cumulative evidence |
| 94:17-21 | Relevance; Cumulative evidence; Vague/Ambiguous |
| 96:15-17, 19 | Calls for demonstration; No question posed; Relevance; Prejudicial |
| 96:20-24 97:1-8 | Relevance; Prejudicial; Speculative; Vague/Ambiguous; Cumulative evidence |
| 97:10-13, 17 | Calls for demonstration; Relevance; Foundation; Lack of knowledge; Prejudicial; Cumulative evidence; Speculative; Vague/Ambiguous |
| 98:22-23 99:2-5, 8-18, 21-24 | Lack of personal knowledge; Relevance |
| 100:7-12 | Foundation; Cumulative evidence; Relevance; Vague/Ambiguous |
| 100:21-23 | Relevance; Prejudicial; Lack of knowledge/recall |
| 100:24 101:1-19 | Relevance; Prejudicial; Speculative; Foundation; Violates Order on Motion in Limine regarding employee pay; Evidence about employees compensation |
| 103:18-24 104:1-2 | Relevance; Prejudicial |
| 104:3-9 | Relevance; Cumulative evidence; Personal knowledge to testify; Lack of recall |
| 104:10-12, 14 | Calls for speculation; Opinion without personal knowledge; Assumes facts not in evidence; Lack of knowledge; Relevance; Foundation |
| 104:15-18 | Relevance; Foundation; Vague/Ambiguous; Lack of knowledge |
| 104:19-21, 23-24 105:1 | Calls for speculation; Opinion without personal knowledge; Lack of knowledge; Relevance; Vague/Ambiguous |
| 105:9-24 106:1-3 | Asked and answered; Argumentative; Calls for speculation; Opinion without personal knowledge; Lack of knowledge; Relevance; Foundation; Cumulative evidence |

13

| 106:4-5, 7-13 | Relevance; Foundation; Vague/Ambiguous |
|---|---|
| 106:21-24<br>107:3-4 | Argumentative; Asked and answered; Relevance; Cumulative evidence |
| 107:5-7, 9-10 | Asked and answered; Cumulative evidence; Relevance |
| 107:22-24<br>108:2 | Calls for speculation; Opinion without personal knowledge; Lack of knowledge; Relevance; Vague/Ambiguous |
| 108:2-8 | Relevance; Lack of knowledge/recall; Foundation; Vague/Ambigious |
| 108:9-12 | Relevance; Speculative; Prejudicial; Harassment |
| 109:2-3 | Evidence regarding employees compensation |
| 109:13-15,<br>23-24<br>110:1 | Relevance; Foundation; No punitive damages claim; Personal knowledge |
| 111:19-20 | STATE AUTO requests that the Court strike the extraneous dialogue; Relevance |
| 111:18, 22 | No question posed; Relevance; No punitive damages claim; Personal knowledge |
| 112:1-5, 7 | Argumentative; Relevance; Foundation; Prejudicial; No punitive damages claim; Personal knowledge |
| 112:8-9, 11-14 | Calls for speculation; Prejudicial; Vague/Ambiguous; Relevance; Foundation; Lack of knowledge; No punitive damages claim; Personal knowledge |
| 112:15-18 | Relevance; Cumulative evidence; Foundation; No punitive damages claim; Personal knowledge |
| 115:12 | Relevance; Cumulative evidence |
| 116:19, 21-22 | Relevance |
| 116:23<br>117:1-4 | Relevance |
| 117:5-6, 8-12 | Relevance; Vague/Ambiguous |
| 117:13, 15-16 | Relevance |
| 117:17-24 | Relevance; Cumulative evidence |
| 118:5-6, 8 | No question posed; Relevance; Cumulative evidence; Asked and answered |

14

| 118:9-10, 12-15 | Argumentative; Vague/Ambiguous; Foundation; Relevance |
|---|---|
| 118:16-24 | Relevance; Cumulative evidence; Foundation; Personal knowledge |
| 119:1, 3-4 | Asked and answered; Relevance; Cumulative evidence; Foundation; Personal knowledge |
| 119:6-7, 9-10 | Relevance; Vague/Ambiguous; Asked and answered; Cumulative evidence; Foundation; Personal knowledge |
| 119:11-12, 14 | Relevance; Cumulative evidence; Asked and answered; Foundation; Personal knowledge |
| 119:19-22, 24 | Relevance; Asked and answered; Foundation; Personal knowledge |
| 120:1-2, 4 | Relevance; Asked and answered; Foundation; Personal knowledge |
| 120:5-11 | STATE AUTO requests that the Court strike the extraneous dialogue |
| 120:12-13 | Relevance; Prejudicial; Vague/Ambiguous |
| 120:14-24 121:1-14 | Relevance; Improper testimony |

Respectfully submitted,

**ROBINETT & MURPHY**

By: */s/ Pansy Moore-Shrier*
      Lawrence R. Murphy, Jr., OBA No. 17681
      Pansy Moore-Shrier, OBA No. 20289
      Mariann M. Atkins, OBA No. 30475
      624 South Boston Avenue, Suite 900
      Tulsa, Oklahoma 74119
      (918) 592-3699
      (918) 592-0963 (*facsimile*)

      *Attorneys for Defendant State Auto Property &*
      *Casualty Insurance Company*

15

**Certificate of Service**

I hereby certify that on August 1, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Richard S. Toon, Esq.
*Richtoon@toonosmond.com*

Cyrus N. Lawyer, Esp.
*Natelawyer@toonosmond.com*

Brian J. Goree, Esq.
*Briangoree@toonosmond.com*

*/s/ Pansy Moore-Shrier*
Pansy Moore-Shrier